# EXHIBIT A

423RD DISTRICT COURT

# CASE SUMMARY
## CASE NO. 423-6298

Stephanie Rodriguezvs.Wells Fargo Bank NA,Maryna
Danielian,Pamela Thomas,Jack Burns, II,Kristopher
Holub,Aarti Patel,Stacey Bennett,Amy Ortiz,Garry
Sanders,Maxwell Atherton,Dylan Ruiz,Corrin
Johnson,Aaron Johnson,Trent Davies,Wendy
Alexander,John Latham,Tobey Latham,Michael
Latham

§
§
§
§

| | |
|---|---|
| Location: | **423rd District Court** |
| Judicial Officer: | **Duggan, Christopher D.** |
| Filed on: | **02/04/2019** |

---

### CASE INFORMATION

Case Type: **Contract - Other**

---

| DATE | CASE ASSIGNMENT |
|---|---|

**Current Case Assignment**
Case Number           423-6298
Court                      423rd District Court
Date Assigned         02/04/2019
Judicial Officer      Duggan, Christopher D.

---

### PARTY INFORMATION

| | | *Lead Attorneys* |
|---|---|---|
| **Plaintiff** | Rodriguez, Stephanie D. | **RIOS, JERRY** |
| | | *Retained* |
| | | 512-501-6292(F) |
| | | 512-501-6270(W) |
| | | *LAW OFFICE OF JERRY RIOS* |
| | | *401 CONGRESS AVE.,* |
| | | *STE. 1540* |
| | | *AUSTIN, TX 78701* |
| | | jrios@therioslawfirm.com |
| **Defendant** | Alexander, Wendy | |
| | Atherton, Maxwell | |
| | Bennett, Stacey | |
| | Burns, Jack, II | |
| | Danielian, Maryna | |
| | Davies, Trent | |
| | Holub, Kristopher | |
| | Johnson, Aaron | |
| | Johnson, Corrin | |
| | Latham, John | |
| | Latham, Michael | |
| | Latham, Tobey | |
| | Ortiz, Amy | |
| | Patel, Aarti | |
| | Ruiz, Dylan | |
| | Sanders, Garry | |

423RD DISTRICT COURT

# CASE SUMMARY
### CASE NO. 423-6298

Thomas, Pamela

Wells Fargo Bank NA

**MOWREY, ROBERT T.**
*Retained*
*214-740-8800(F)*
*214-740-8000(W)*
*2200 ROSS AVENUE,*
*SUITE 2800*
*DALLAS, TX 75201-6776*
*rmowrey@lockelord.com*

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|------|------------------------------|-------|
| 02/04/2019 | Original Petition (OCA) <br> *Petition* | |
| 02/04/2019 | Temporary Restraining Order | |
| 02/04/2019 | Bond <br> *GAVE TO MLH.* | |
| 02/04/2019 | Citation <br> *ISSUED TO WELLS FARGO BANK,NA* | |
| 02/04/2019 | **Citation** <br> Wells Fargo Bank NA <br> Unserved <br> *LEFT AT FRONT COUNTER FOR ATTORNEY* | |
| 02/04/2019 | Citation <br> *ISSUED TO MARYNA DANIELIAN* | |
| 02/04/2019 | **Citation** <br> Danielian, Maryna <br> Unserved <br> *LEFT AT FRONT COUNTER FOR ATTORNEY* | |
| 02/04/2019 | Citation <br> *ISSUED PAMELA THOMAS* | |
| 02/04/2019 | **Citation** <br> Thomas, Pamela <br> Unserved <br> *LEFT AT FRONT COUNTER FOR PROCESS SERVER* | |
| 02/04/2019 | Citation <br> *ISSUED TO JACK BURNS II* | |
| 02/04/2019 | **Citation** <br> Burns, Jack, II <br> Unserved <br> *LEFT AT FRONT COUNTER FOR PROCESS SERVER* | |
| 02/04/2019 | Citation <br> *ISSUED TO KRISTOPHER HOLUB* | |
| 02/04/2019 | **Citation** <br> Holub, Kristopher <br> Unserved <br> *LEFT AT FRONT DESK FOR PROCESS SERVER* | |
| 02/04/2019 | Citation | |

*Printed on 03/19/2019 at 2:22 PM*

423RD DISTRICT COURT

# CASE SUMMARY
### CASE NO. 423-6298

*ISSUED TO AARTI PATEL*

| | |
|---|---|
| 02/04/2019 | **Citation**<br>Patel, Aarti<br>Unserved<br>*LEFT AT FRONT COUNTER FOR PROCESS SERVER* |
| 02/04/2019 | Citation<br>*ISSUED TO STACEY BENNETT* |
| 02/04/2019 | **Citation**<br>Bennett, Stacey<br>Unserved<br>*LEFT AT FRONT COUNTER FOR PROCESS SERVER* |
| 02/04/2019 | Citation<br>*ISSUED TO AMY ORTIZ* |
| 02/04/2019 | **Citation**<br>Ortiz, Amy<br>Unserved<br>*LEFT AT FRONT COUNTER FOR PROCESS SERVER* |
| 02/04/2019 | Citation<br>*ISSUED TO GARRY SANDERS* |
| 02/04/2019 | **Citation**<br>Sanders, Garry<br>Unserved<br>*LEFT AT FRONT DESK FOR PROCESS SERVER* |
| 02/04/2019 | Citation<br>*ISSUED TO MAXWELL ATHERSON* |
| 02/04/2019 | **Citation**<br>Atherton, Maxwell<br>Unserved<br>*LEFT AT FRONT COUNTER FOR PROCESS SERVER* |
| 02/04/2019 | Citation<br>*ISSUED TO DYLAN RUIZ* |
| 02/04/2019 | **Citation**<br>Ruiz, Dylan<br>Unserved<br>*LEFT AT FRONT COUNTER FOR PROCESS SERVER* |
| 02/04/2019 | Citation<br>*ISSUED TO CORRIN JOHNSON* |
| 02/04/2019 | **Citation**<br>Johnson, Corrin<br>Unserved<br>*LEFT AT FRONT DESK FOR PROCESS SERVER* |
| 02/04/2019 | Citation<br>*ISSUED TO AARON JOHNSON* |
| 02/04/2019 | **Citation**<br>Johnson, Aaron<br>Unserved<br>*LEFT AT FRONT DESK FOR PROCESS SERVER* |

423RD DISTRICT COURT

# CASE SUMMARY

### CASE NO. 423-6298

| | | |
|---|---|---|
| 02/04/2019 | Citation | |
| | *ISSUED TO TRENT DAVIES* | |
| 02/04/2019 | **Citation** | |
| | Davies, Trent | |
| | Unserved | |
| | *LEFT AT FRONT DESK FOR PROCESS SERVER* | |
| 02/04/2019 | Citation | |
| | *ISSUED TO WENDY ALEXANDER* | |
| 02/04/2019 | **Citation** | |
| | Alexander, Wendy | |
| | Unserved | |
| | *LEFT AT FRONT DESK FOR PROCESS SERVER* | |
| 02/04/2019 | Citation | |
| | *ISSUED TO JOHN LATHAM* | |
| 02/04/2019 | **Citation** | |
| | Latham, John | |
| | Unserved | |
| | *LEFT AT FRONT DESK FOR PROCESS SERVER* | |
| 02/04/2019 | Citation | |
| | *ISSUED TO TOBEY LATHAM* | |
| 02/04/2019 | **Citation** | |
| | Latham, Tobey | |
| | Unserved | |
| | *LEFT AT FRONT DESK FOR PROCESS SERVER* | |
| 02/04/2019 | Citation | |
| | *ISSUED TO MICHAEL LATHAM* | |
| 02/04/2019 | **Citation** | |
| | Latham, Michael | |
| | Unserved | |
| | *LEFT AT FRONT DESK FOR PROCESS SERVER* | |
| 02/12/2019 | Notice of Hearing | |
| | *NOTICE OF HEARING* | |
| 02/14/2019 | **Temporary Restraining Order** (9:00 AM) (Judicial Officer: Duggan, Christopher D.) | |
| | *TRO / Temporary Orders* | |
| 02/14/2019 | Temporary Orders | |
| | *ORDER ON PLAINTIFF'S APPLICATION FOR TEMPORARY INJUNCTION* | |
| 03/08/2019 | Answer | |
| | *Defendant's Original Answer* | |

| DATE | FINANCIAL INFORMATION |
|---|---|

**Plaintiff** Rodriguez, Stephanie D.
Total Charges     810.00
Total Payments and Credits     810.00
**Balance Due as of 3/19/2019**     **0.00**

*Printed on 03/19/2019 at 2:22 PM*

Electronically Filed 2/4/2019 10:03 AM
Sarah Loucks, District Clerk
Bastrop County, Texas
By: Sharon Schimank, Deputy

CAUSE NO. ___423-6298___

| | | |
|---|---|---|
| STEPHANIE D. RODRIGUEZ<br>PLAINTIFF | §<br>§<br>§ | IN THE DISTRICT COURT |
| v. | §<br>§ | |
| WELLS FARGO BANK, N.A., AS<br>SUCCESSOR IN INTEREST OF<br>MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS, INC.,<br>IT'S SUBSTITUTE TRUSTEES,<br>MARYNA DANIELIAN, PAMELA<br>THOMAS, JACK BURNS II,<br>KRISTOPHER HOLUB, AARTI<br>PATEL, STACEY BENNETT, AMY<br>ORTIZ, GARRETT SANDERS,<br>MAXWELL ATHERTON, DYLAN<br>RUIZ, CORIN JOHNSON, AARON<br>JOHNSON, TRENT DAVIS,<br>WENDY ALEXANDER, JOHN<br>LATHAM, TOBEY LATHAM,<br>MICHAEL LATHAM<br>DEFENDANTS | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | _____ JUDICIAL DISTRICT<br><br><br><br><br>BASTROP COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION
## AND APPLICATION FOR INJUNCTIVE RELIEF

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Stephanie D. Rodriguez, hereinafter called Plaintiff, and files

this Original Petition against Wells Fargo Bank, N.A. as successor in interest to

Mortgage Electronic Registration Systems, Inc., and its Substitute Trustees,

MARYNA DANIELIAN, PAMELA THOMAS, JACK BURNS II, KRISTOPHER

HOLUB, AARTI PATEL, STACEY BENNETT, AMY ORTIZ, GARRETT SANDERS,

MAXWELL ATHERTON, DYLAN RUIZ, CORIN JOHNSON, AARON JOHNSON, TRENT DAVIS, WENDY ALEXANDER, JOHN LATHAM, TOBEY LATHAM, MICHAEL LATHAM as Defendants, as files this Original Petition and Application for Injunctive Relief and in support thereof would show the following:

## DISCOVERY CONTROL PLAN

1.     Plaintiff intends to conduct discovery under Discovery Level 3, pursuant to Rule 190.4 of the Texas Rules of Civil Procedure and shall seek an agreed order of other court order to this effect.

## PARTIES AND CONTROL

2.     Stephanie D. Rodriguez ("Plaintiff"), is an individual residing at 102 Double Barrel Court, Bastrop, Texas 78602.

3.     Defendant WELLS FARGO BANK, N.A., as successor in interest to WELLS FARGO BANK, NATIONAL ASSOCIATION,(hereinafter "Wells Fargo") is a nationally chartered banking corporation which may be served by serving its registered agent: Corporation Service Company dba CSC - Lawyers Incorporating Service Company, 211 E. 7th Street, Suite 620, Austin, Texas 78701-3218

4.     Defendant Maryna Danielian, is Substitute Trustee to for Wells Fargo Bank, N.A. and can be served at: Barrett Daffin Frappier Turner & Engel., LLP, 4004 Belt Line Road, Suite 100, Addison, Texas 75001.

5.    Defendant Pamela Thomas, is Substitute Trustee to for Wells Fargo Bank, N.A. and can be served at: Barrett Daffin Frappier Turner & Engel., LLP, 4004 Belt Line Road, Suite 100, Addison, Texas 75001.

6.    Defendant Jack Burns II, is Substitute Trustee to for Wells Fargo Bank, N.A. and can be served at: Barrett Daffin Frappier Turner & Engel., LLP, 4004 Belt Line Road, Suite 100, Addison, Texas 75001.

7.    Defendant Kristopher Holub, is Substitute Trustee to for Wells Fargo Bank, N.A. and can be served at: Barrett Daffin Frappier Turner & Engel., LLP, 4004 Belt Line Road, Suite 100, Addison, Texas 75001.

8.    Defendant Aarti Patel, is Substitute Trustee to for Wells Fargo Bank, N.A. and can be served at: Barrett Daffin Frappier Turner & Engel., LLP, 4004 Belt Line Road, Suite 100, Addison, Texas 75001.

9.    Defendant Stacey Bennett, is Substitute Trustee to for Wells Fargo Bank, N.A. and can be served at: Barrett Daffin Frappier Turner & Engel., LLP, 4004 Belt Line Road, Suite 100, Addison, Texas 75001.

10.    Defendant Amy Ortiz, is Substitute Trustee to for Wells Fargo Bank, N.A. and can be served at: Barrett Daffin Frappier Turner & Engel., LLP, 4004 Belt Line Road, Suite 100, Addison, Texas 75001.

11.     Defendant Garry Sanders, is Substitute Trustee to for Wells Fargo Bank, N.A. and can be served at: Barrett Daffin Frappier Turner & Engel., LLP, 4004 Belt Line Road, Suite 100, Addison, Texas 75001.

12.     Defendant Maxwell Atherton, is Substitute Trustee to for Wells Fargo Bank, N.A. and can be served at: Barrett Daffin Frappier Turner & Engel., LLP, 4004 Belt Line Road, Suite 100, Addison, Texas 75001.

13.     Defendant Dylan Ruiz, is Substitute Trustee to for Wells Fargo Bank, N.A. and can be served at: Barrett Daffin Frappier Turner & Engel., LLP, 4004 Belt Line Road, Suite 100, Addison, Texas 75001.

14.     Defendant Corin Johnson, is Substitute Trustee to for Wells Fargo Bank, N.A. and can be served at: Barrett Daffin Frappier Turner & Engel., LLP, 4004 Belt Line Road, Suite 100, Addison, Texas 75001.

15.     Defendant Aaron Johnson, is Substitute Trustee to for Wells Fargo Bank, N.A. and can be served at: Barrett Daffin Frappier Turner & Engel., LLP, 4004 Belt Line Road, Suite 100, Addison, Texas 75001.

16.     Defendant Trent Davies, is Substitute Trustee to for Wells Fargo Bank, N.A. and can be served at: Barrett Daffin Frappier Turner & Engel., LLP, 4004 Belt Line Road, Suite 100, Addison, Texas 75001.

17.    Defendant Wendy Alexander, is Substitute Trustee to for Wells Fargo Bank, N.A. and can be served at: Barrett Daffin Frappier Turner & Engel., LLP, 4004 Belt Line Road, Suite 100, Addison, Texas 75001.

18.    Defendant John Latham, is Substitute Trustee to for Wells Fargo Bank, N.A. and can be served at: Barrett Daffin Frappier Turner & Engel., LLP, 4004 Belt Line Road, Suite 100, Addison, Texas 75001.

19.    Defendant Tobey Latham, is Substitute Trustee to for Wells Fargo Bank, N.A. and can be served at: Barrett Daffin Frappier Turner & Engel., LLP, 4004 Belt Line Road, Suite 100, Addison, Texas 75001.

20.    Defendant Michael Latham, is Substitute Trustee to for Wells Fargo Bank, N.A. and can be served at: Barrett Daffin Frappier Turner & Engel., LLP, 4004 Belt Line Road, Suite 100, Addison, Texas 75001.

## CLAIM FOR RELIEF

21.    Plaintiff seeks monetary relief in an amount exceeding $200,000.00 but not exceeding $1,000,000.00.

## JURISDICTION AND VENUE

22.    This Court has subject matter jurisdiction over this cause of action because the real property in question is located within Bastrop County. All events complained of occurred within Bastrop County. Therefore, venue is proper in Bastrop County Texas.

## STATEMENT OF FACTS

23.     Stephanie D. Rodriguez purchased real estate identified as Lot 10, BLOCK A, Hunters Crossing Section Three E, A Subdivision in Bastrop County, Texas, more commonly known as 102 Double Barrel Court, Bastrop, Texas 78602 ("Property"). In association with the purchase of the Property, Rodriguez obtained a mortgage from Wells Fargo, N.A.

24.     In 2018, Rodriguez began to have some financial difficulties due to an increase medical costs.   Rodriguez fell behind on her payments to Wells Fargo, N.A.

25.     On or around October 3, 2018, Rodriguez contacted a customer representative with Wells Fargo to inquire as to her account status.  Rodriguez was advised that her mortgage had been put into "suspended foreclosure" at that time. The representative further advised that "suspended foreclosure" was like a "pre-foreclosure," and not a full-blown foreclosure.

26.     Rodriguez was encouraged to apply for mortgage assistance at this time so as to figure out a payment plan that would resolve her issue. Rodriguez applied for the mortgage assistance but later received a letter stating that she earned too much income to qualify for the Wells Fargo mortgage assistance program.

27.    In December, Rodriguez received a letter from Wells Fargo stating "To reinstate your mortgage and dismiss the foreclosure action, you will need to pay the MINIMUM AMOUNT REQUIRED TO REINSTATE of $9,781.07, by 12-26-18." The letter also directed Rodriguez to send the funds by wire transfer because it would be the fastest way to complete the transaction. A copy of this letter is attached hereto as **Exhibit A**.

28.    Rodriguez went to a Wells Fargo bank and was able to make contact a representative over the phone.  Rodriguez spoke with Maria Santiago U157807, email address of maria.r.santiago2@wellsfargo.com, who verbally confirmed that Rodriguez would be able to prevent the foreclosure and reinstate the mortgage with a payment of $9,781.07 by December 26, 2018.

29.    Rodriguez gathered up the $9,781.07 and, not wanting to risk waiting until the last minute, wired the funds from her bank to Wells Fargo on December 21, 2018. A copy of the Wire Transfer Request is attached hereto as **Exhibit B**.

30.    After transferring the funds, Rodriguez contacted a Wells Fargo representative to make sure the $9,781.07 had been received.  The representative advised the funds had been received and congratulated Rodriguez on reinstating her mortgage.

31.    On December 31, 2018, Wells Fargo mailed another reinstatement letter to Rodriguez, advising that her mortgage was still in foreclosure and that she

would need to pay $16,031.14 by Janaury 25, 2019 to reinstate the mortgage and dismiss the foreclosure action. A copy of the December 31, 2018 letter is attached hereto as **Exhibit C**.

32.     Counsel for Rodriguez has been in touch with numerous representatives of Wells Fargo, but has yet to understand why Wells Fargo did not comply with the December 21, 2018 letter.

## REQUEST FOR INJUNCTIVE RELIEF

33.     Immediate injunctive relief in the form of a temporary restraining order against the Defendant is necessary to restrain the Defendant from foreclosing on and selling the property on February 5, 2019.

34.     Wells Fargo representatives have advised that they are looking into the matter and advised they should be able to determine why Rodriguez's payment was not accepted.   Because Wells Fargo has not advised as to the status of its investigation, Wells Fargo must be restrained from proceeding with the planned foreclosure sale set for February 5, 2019.

35.     Unless this Honorable Court immediately restrains the defendants, the plaintiff will suffer immediate and irreparable injury, for which there is no adequate remedy at law to give plaintiff complete, final equal relief.

## BOND

36.    Plaintiff is willing to post a reasonable temporary restraining order bond and requests the court to set such bond at $100.00.

REMEDY

37.    Plaintiff has met plaintiff's burden by establishing each element which must be present before injunctive relief can be granted by this court, therefore plaintiff is entitled to the requested temporary restraining order.

38.    Plaintiff requests this court to restrain all defendants from wrongfully foreclosing on plaintiff's homestead and seeks a court order instructing defendants as such which would preserve the status quo.

39.    Immediate injunctive relief should be granted without notice by temporary restraining order. After notice and hearing, it is necessary that the injunctive relief be granted and extended by a temporary injunction and, after final hearing, it is necessary that Defendant be permanently enjoined by the permanent injunction.

## CAUSE OF ACTION

40.    Wells Fargo made a promise to reinstate Rodriguez's mortgage and to dismiss her foreclosure if she made certain payments before December 26, 2018.  Rodriguez made the payment requested.

41.    Wells Fargo knew that Rodriguez would rely on the promise of mortgage reinstatement and dismissal of the foreclosure.

42.   Rodriguez relied on the promise to her detriment foregoing other measures she could have taken to reinstate the mortgage and dismiss the foreclosure such as liquidating retirement funds or selling the property. Enforcement of the promise is necessary to avoid justice.

43.   <u>Attorney fees</u>.   Plaintiff is entitled to recover reasonable and necessary attorney fees under Section 38.001 of the Texas Civil Practices & Remedies Code.   Plaintiff retained counsel, who presented or will present plaintiff's claim to defendants.

## CONDITIONS PRECEDENT

44.   All conditions precedent to plaintiff's claims for relief have been performed or have occurred.

## PRESERVATION OF EVIDENCE

45.   Plaintiff hereby requests and demands that Defendants preserve and maintain all evidence pertaining to any claim or defense related to the transactions made the basis of this lawsuit, or damages resulting therefrom, including statements, photographs, videotapes, surveillance tapes, audio tapes, business records, partnership or corporate records, audits, regulatory records or communications, contracts, leases, bills, estimates, invoices, checks, correspondence, statements, investigation reports, policies, protocols, personal information, memoranda, facsimiles, email, cellular telephone records, voice mail,

text messages, and any electronic image or information related to the referenced transactions or any damages resulting therefrom. Failure to maintain such items will constitute spoliation of the evidence.

### RULE 193.7 NOTICE

46.     Pursuant to Rule 193.7 of the Texas Rules of Civil Procedure, Plaintiff hereby gives notice that all documents produced by any Defendant in response to written discovery authenticates the document(s) for use against that party in any proceeding before the Court.

### PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff, Stephanie D. Rodriguez, respectfully requests that the court issue a temporary restraining order cancelling the scheduled foreclosure sale of the property and until Plaintiff's Motion for Temporary Injunction is heard. Plaintiff further prays for any other and further relief, at law and in equity, to which she may be justified.

**LAW OFFICE OF JERRY RIOS**
401 Congress Avenue, Suite 1540
Austin, Texas 78701
Phone: (512) 501-6270
Email: jrios@therioslawfirm.com

By: _____
    Jerry Rios
    Texas Bar No. 24062966

**ATTORNEY FOR PLAINTIFF**

CAUSE NO. _____423-6298_____

| | | |
|---|---|---|
| STEPHANIE D. RODRIGUEZ | § | IN THE DISTRICT COURT |
| PLAINTIFF | § | |
| | § | |
| v. | § | |
| | § | |
| WELLS FARGO BANK, N.A., AS | § | |
| SUCCESSOR IN INTEREST OF | § | |
| MORTGAGE ELECTRONIC | § | |
| REGISTRATION SYSTEMS, INC., | § | _____ JUDICIAL DISTRICT |
| IT'S SUBSTITUTE TRUSTEES, | § | |
| MARYNA DANIELIAN, PAMELA | § | |
| THOMAS, JACK BURNS II, | § | |
| KRISTOPHER HOLUB, AARTI | § | |
| PATEL, STACEY BENNETT, AMY | § | |
| ORTIZ, GARRETT SANDERS, | § | |
| MAXWELL ATHERTON, DYLAN | § | |
| RUIZ, CORIN JOHNSON, AARON | § | |
| JOHNSON, TRENT DAVIS, | § | |
| WENDY ALEXANDER, JOHN | § | |
| LATHAM, TOBEY LATHAM, | § | |
| MICHAEL LATHAM | § | |
| DEFENDANTS | § | BASTROP COUNTY, TEXAS |

## AFFIDAVIT IN SUPPORT OF INJUNCTIVE RELIEF

On this day personally appeared Stephanie D. Rodriguez, the affiant, and under oath states as follows:

1.   "My name is Stephanie D. Rodriguez, my date of birth is June 23, 1965_____, and my address is 102 Double Barrel Court, Bastrop, Texas 78602 USA. I declare under penalty of perjury that the foregoing is true and correct.. I am over 18 years of age, of sound mind, and capable of making this

affidavit.  The facts stated in this affidavit are within my personal knowledge and are true and correct.

2.      "The facts stated in Plaintiff's Original Petition & Request for Injunctive Relief are true and accurate.

3.      "I purchased the property known as 102 Double Barrel Court, Bastrop, Texas 78602 (with a legal description of: Lot 10, BLOCK A, Hunters Crossing Section Three E, A Subdivision in Bastrop County, Texas) with a loan from Wells Fargo Bank, N.A.

4.      "In 2018, I began to have some financial difficulties due to an increase medical costs and I fell behind on my payments to Wells Fargo.

5.      "On or around October 3, 2018, I contacted a customer representative with Wells Fargo to inquire as to my account status and was advised that my mortgage had been put into "suspended foreclosure."  The representative further advised me that "suspended foreclosure" was like a "pre-foreclosure," and not a full-blown foreclosure.

6.      "I was encouraged to apply for mortgage assistance at this time so as to figure out a payment plan that would resolve my issue. I applied for the mortgage assistance but later received a letter stating that I earned too much to qualify for the Wells Fargo mortgage assistance program.

7.    "In December, I received a letter from Wells Fargo stating "To reinstate your mortgage and dismiss the foreclosure action, you will need to pay the MINIMUM AMOUNT REQUIRED TO REINSTATE of $9,781.07, by 12-26-18." The letter also directed me to send the funds by wire transfer because it would be the fastest way to complete the transaction. A copy of that letter is attached to my lawsuit as **Exhibit A**.

8.    "Shortly thereafter, I went to a Wells Fargo bank and was able to make contact a representative over the phone named Maria Santiago who verbally confirmed that I would be able to prevent the foreclosure and reinstate the mortgage with a payment of $9,781.07 by December 26, 2018.

9.    "I gathered the $9,781.07 and wired the funds from my bank to Wells Fargo on December 21, 2018. A copy of the Wire Transfer Request is attached to my lawsuit as **Exhibit B**.

10.    "After transferring the funds, I again contacted a Wells Fargo representative to make sure the $9,781.07 had been received.  The representative advised the funds had been received and congratulated me on reinstating my mortgage.

11.    "On December 31, 2018, Wells Fargo mailed another reinstatement letter to me, advising me that my mortgage was still in foreclosure and that I would need to pay $16,031.14 by January 25, 2019 to reinstate the mortgage and

dismiss the foreclosure action. A copy of the December 31, 2018 letter is attached to my lawsuit as **Exhibit C**.

12.    "I have retained counsel to help me and they have been in touch with numerous representatives of Wells Fargo, but have not been able to reach a resolution.

13.    "Further affiant sayeth not."

Executed in Bastrop County, State of Texas, on the 1st day of February, 2019.

Stephanie Rodriguez

_____
Stephanie D. Rodriguez

# EXHIBIT A

 Return Mail Operations
PO Box 10368
Des Moines IA  50306-0368

November 27, 2018

XNHM07DTE1 1 000180

 Stephanie D Rodriguez
102 Double Barrel Ct
Bastrop TX 78602

Wells Fargo Home Mortgage has attached a reinstatement quote
for your review

Mortgagor:     Stephanie D Rodriguez
Property address:  102 Double Barrel C
Bastrop TX 78602

936 loan number:  0557912573

To reinstate your mortgage and dismiss the foreclosure action,
you will need to pay the MINIMUM AMOUNT REQUIRED TO
REINSTATE of $ 9,781.07. by 12-26-18.

All figures are subject to our final verification. Please send the
funds by wire as it is the fastest way to complete the transaction.
If wire transfer is not an option, we prefer a cashier's check or
certified funds.

Total number of delinquent payments: ( 7 )
Total delinquent payment amount                        12,537.90
Additional amounts:
      FORECLOSURE FEE/COST                                  .00
      UNPAID ADVANCE BAL                                 678.17
Less unapplied funds balance                   <     3,435.00>

MINIMUM AMOUNT REQUIRED TO REINSTATE through 12-26-18    $      9,781.07

PLEASE NOTE: The following amounts are owed on the loan, but not
required to be paid to reinstate the loan out of foreclosure:

Unpaid late charges                            263.10
Unpaid charges for non-sufficient funds           .00
Other unpaid charges                              .00

If you have questions or need further assistance, please contact us at
1-866-605-0829. Monday - Friday, 7:00 a.m. to 7:00 p.m. Central Time.

936/0557912573/XF613/1/2

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A.

# EXHIBIT B

REFERENCE # _____ (for A+FCU) internal tracking)

**A+ Federal Credit Union**
aplusfcu.org

## WIRE TRANSFER REQUEST

FEE: **$15.00**

I. DATE: **12/21/2018**

**RECEIVER INSTITUTION:**
ABA# **121000248**
NAME: **Wells Fargo**
SHORT NAME **Wells Fargo Na**
CITY: **San Francisco**     STATE: **CA**
AMOUNT:        **9,781.07** BUS. FUNCTION CODE: **CTR**     TYPE CODE: **1000**

**ORIGINATOR:**
IDENTIFIER: **227950      12**     (required if "Originator ID Code" = D)
NAME (member): **Stephanie Diane Rodriguez**
ADDRESS (member): **102 DOUBLE BARREL CT**
CITY/STATE/ZIP **BASTROP**     **TX**      **78602-4160**
PHONE NUMBER WHERE MEMBER CAN BE REACHED: **361-816-6744**

**BENEFICIARY:** ID CODE: **D**
IDENTIFIER (account number to be credited): **3000500412**
NAME: **Wells Fargo**
ADDRESS: **1 Home Campus**
CITY: **Des Moines**     STATE: **IA**

*$ 1978.40*

**FINAL ACCOUNT CREDIT** *(if applicable)*:
ACCOUNT AND/OR REFERENCE #: **936-0557912573**
NAME: **Stephanie D Rodriguez**
ADDRESS: **102 Double Barrel Ct**
CITY: **Bastrop**     STATE: **TX**

I, the undersigned, understand and agree that: (1) A+ Federal Credit Union (A+FCU) will rely solely on the ABA identifying number and receiving account number that I have provided in wiring these funds, even if the name of the party or institution does not correspond to the number, (2) A+FCU is not responsible for any losses in the event that the identifying number or account number I provided is incorrect, in any respect; (3) I will allow A+FCU until 3:30 p.m. of the following business day (Mon.-Fri., 9:00a.m.-3:30p.m.) to transmit my wire transfer, (4) a cancellation or amendments of this authorization must be issued in writing and received by A+FCU prior to transmittal of the wire transfer; (5) A+FCU may use Fed. wire and federal Regulation J governs transactions of this kind; (6) A+FCU may refuse to accept or transmit this wire transfer request if any information provided by me is found to be incorrect, or if my account at A+FCU does not contain sufficient collected funds to pay the wire transfer and applicable fee; (7) A+FCU has security procedures established for verifying, accepting and processing payment orders – A+FCU, at its option, may verify my identity by requesting personal identifying information and calling me by phone; (8) I will review promptly wire transfer payment orders within a reasonable amount of time, not to exceed thirty (30) calendar days from the date of the statement of account. I understand that additional fees may be charged by the correspondent bank. I acknowledge receipt of a copy of this authorization form.

*Stephanie D. Rodriguez*

**MEMBER'S SIGNATURE:**     DL# **08261842**  Exp. **06/23/2022** DOB: **06/23/1965**
Printed Name of Signer: **Stephanie Diane Rodriguez**
                                          BRANCH **Bastrop Branch**     TIME: **13:55**

**II. INSTRUCTIONS TAKEN BY:** **Christi Leisure**
IN PERSON ☒  BY FAX ☐  BY PHONE ☐
CHECKED OFAC: ☒   PURPOSE OF WIRE: **Pay Off Mortgage**

**III. Operations Support**
REVIEWED/PROCESSED BY AUTHORIZED WIRE TRANSFER SUPERVISOR: _____
☐ IF 5K OR > AND/OR NO SIGNATURE CHECKLIST COMPLETED _____
☐ IF NO SIGNATURE – WIRE AUTHORIZATION SENT TO OTG/MAILED TO MEMBER _____

**IV. Phone/Fax Request**

PHONE REQUEST-(identification info obtained):

FAX REQUEST-(signature verified):

(Revised 4/14)

# EXHIBIT C

 Return Mail Operations
PO Box 10368
Des Moines IA  50306-0368

December 31, 2018

XNHM07DTGC 1 000191

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
 Stephanie D Rodriguez
102 Double Barrel Ct
Bastrop TX 78602

Wells Fargo Home Mortgage has attached a reinstatement quote
for your review

      Mortgagor:    Stephanie D Rodriguez
      Property address:  102 Double Barrel C
                 Bastrop TX 78602

936 Loan number: 0557912573

To reinstate your mortgage and dismiss the foreclosure action,
you will need to pay the MINIMUM AMOUNT REQUIRED TO
REINSTATE of $ 16,031.14, by 01-25-19.

All figures are subject to our final verification. Please send the
funds by wire as it is the fastest way to complete the transaction.
If wire transfer is not an option, we prefer a cashier's check or
certified funds.

Total number of delinquent payments:   8
Total delinquent payment amount                          14,516.30
Additional amounts:
    FORECLOSURE FEE/COST                             .00
    UNPAID ADVANCE BAL                            1,514.84

MINIMUM AMOUNT REQUIRED TO REINSTATE through 01-25-19   $   16,031.14

PLEASE NOTE: The following amounts are owed on the loan, but not
required to be paid to reinstate the loan out of foreclosure:

Unpaid late charges                       263.10
Unpaid charges for non-sufficient funds        .00
Other unpaid charges                           .00

If you have questions or need further assistance, please contact us at
1-866-605-0829, Monday - Friday, 7:00 a.m. to 7:00 p.m. Central Time.

936/0557912573/XF613/1/2

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A.

Filed _4:19_ m

FEB 0 4 2019

Sarah Loucks
District Clerk, Bastrop County

CAUSE NO.  423-6298

| | | |
|---|---|---|
| STEPHANIE D. RODRIGUEZ | § | IN THE DISTRICT COURT |
| PLAINTIFF | § | |
| | § | |
| v. | § | |
| | § | |
| WELLS FARGO BANK, N.A., AS | § | |
| SUCCESSOR IN INTEREST OF | § | |
| MORTGAGE ELECTRONIC | § | |
| REGISTRATION SYSTEMS, INC., | § | 423RD JUDICIAL DISTRICT |
| IT'S SUBSTITUTE TRUSTEES, | § | |
| MARYNA DANIELIAN, PAMELA | § | |
| THOMAS, JACK BURNS II, | § | |
| KRISTOPHER HOLUB, AARTI | § | |
| PATEL, STACEY BENNETT, AMY | § | |
| ORTIZ, GARRETT SANDERS, | § | |
| MAXWELL ATHERTON, DYLAN | § | |
| RUIZ, CORIN JOHNSON, AARON | § | |
| JOHNSON, TRENT DAVIS, | § | |
| WENDY ALEXANDER, JOHN | § | |
| LATHAM, TOBEY LATHAM, | § | |
| MICHAEL LATHAM | § | |
| DEFENDANTS | § | BASTROP COUNTY, TEXAS |

## TEMPORARY RESTRAINING ORDER

On February 4, 2019, the Application for a Temporary Restraining Order of

STEPHANIE D. RODRIGUEZ, Plaintiff herein, was presented to this Court.

Based upon the pleadings, records, and documents filed by counsel, and

the arguments of counsel, IT CLEARLY APPEARS:

A.    That WELLS FARGO BANK, N.A., Defendant, is wrongfully

attempting to sell plaintiff's real property at a foreclosure sale scheduled for

February 5, 2019.  A dispute exists as to payments and it would be reasonable to

allow additional time for the parties to negotiate and determine a resolution.

    B.    Defendant and its agents, along with the other 17 named defendants should be restrained from selling the plaintiff's real property as scheduled.

    C.    Unless this Honorable Court immediately restrains the defendants, the plaintiff will suffer immediate and irreparable injury, for which there is no adequate remedy at law to give plaintiff complete, final and equal relief.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendants, WELLS FARGO BANK, N.A., AS SUCCESSOR IN INTEREST OF MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., IT'S SUBSTITUTE TRUSTEES, MARYNA DANIELIAN, PAMELA THOMAS, JACK BURNS II, KRISTOPHER HOLUB, AARTI PATEL, STACEY BENNETT, AMY ORTIZ, GARRETT SANDERS, MAXWELL ATHERTON, DYLAN RUIZ, CORIN JOHNSON, AARON JOHNSON, TRENT DAVIS, WENDY ALEXANDER, JOHN LATHAM, TOBEY LATHAM, MICHAEL LATHAM, and all of WELLS FARGO BANK, N.A.'s officers, agents, servants, employees, agents, servants, successors and assigns, shall immediately cease and desist from selling STEPHANIE D. RODRIGUEZ'S real property as scheduled in their Notice of Foreclosure and ancillary/supplemental documents, if any.

Bond is hereby set at $100.00, payable to the registry of the Court.

The hearing on the injunction for this matter is set for ~~Febrvry 14th 2019 @ 9:00 A.M.~~

SIGNED and ENTERED on February 4, 2019 at ___4:15___ P.M.

_____
PRESIDING JUDGE

Filed 4:19 p m

FEB 0 4 2019

Sarah Loucks
District Clerk, Bastrop County



university
FEDERAL CREDIT UNION

CASHIER'S CHECK

No.

88-7740
3149

02/04/19

$100.00

*** ONE HUNDRED DOLLARS AND 00 CENTS ***

EXACTLY 100 Dollars 00 Cents

*BASTROP COUNTY DISTRICT COURT CLERK*

PAY

to the
order of

423-6298

VOID AFTER 90 DAYS
AUTHORIZED SIGNATURE

RECEIPT   DATE 02/04/2019   No. 672143

RECEIVED FROM Law office of Jerry Rios   $100.00

One Hundred dollars + no/00 _____ DOLLARS

FOR RENT   Bond   423-6298
FOR

CASH   Cashiers Ck # 0000605103
CHECK   FROM _____   TO _____
MONEY ORDER
CREDIT CARD

BY

| ACCOUNT | | |
| PAYMENT | 100 | 00 |
| BAL. DUE | | |

SARAH LOUCKS, DISTRICT CLERK
P.O. BOX 770
BASTROP, TX 78602

# CITATION
## CAUSE#423-6298

**CLERK OF THE COURT**
Sarah Loucks, District Clerk
P.O. Box 770
804 Pecan Street
Annex Building, First Floor
Bastrop, TX  78602

### THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

To:  Wells Fargo Bank NA
Registered Agent: Corporation Service Company
dba CSC-Lawyers Incorporating Service Company
211 E. 7th Street, Suite 620
Austin, TX.  78701-3218, Defendant

GREETINGS: You are commanded to appear by filing a written answer to the  PLAINTIFF'S ORIGINAL PETITION AND APPLICATION FOR INJUNCTIVE RELIEF of Petitioner at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service hereof, before the 423rd District Court of Texas, at the courthouse in BASTROP, Texas.

A copy of the Petition of the Petitioner accompanies this citation, in cause number 423-6298 styled:

Stephanie D. Rodriguez
vs.
Wells Fargo Bank, N.A., as Successor in Interest of Mortgage Electronic Registration Systems, Inc., It's Substitute Trustees, Maryna Danielian, Pamela Thomas, Jack Burns, II, Kristopher Holub, Aarti Patel, Stacey Bennett, Amy Ortiz, Garry Sanders, Maxwell Atherton, Dylan Ruiz, Corrin Johnson, Aaron Johnson, Trent Davies, Wendy Alexander, John Latham, Tobey Latham, Michael Latham

filed in said court on the on this the 4th day of February, 2019

Petitioner is represented by:
JERRY RIOS
LAW OFFICE OF JERRY RIOS
401 CONGRESS AVE. STE. 1540
AUSTIN, TX.  78701

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office in Bastrop, Texas, this the 4th day of February, 2019

Sarah Loucks
District Clerk, Bastrop County
P.O. Box 770
Bastrop, Texas 78602
By: _____ ,Deputy

( ) IF CHECKED, ATTACHED TO THIS CITATION IS DISCOVERY NOT FILED WITH CLERK PURSUANT TO TRCP 191.4

## RETURN OF SERVICE

Cause: 423-6298
Executed when copy is delivered:
This is a true copy of the original citation, was delivered to defendant _____, on the _____ day of
_____, 20_____.

_____, Officer

_____, County, Texas

By:_____, Deputy

**ADDRESS FOR SERVICE:**
Defendant: Wells Fargo Bank NA
Registered Agent: Corporation Service Company
dba CSC-Lawyers Incorporating Service Company
211 E. 7th Street, Suite 620
Austin, TX. 78701

## OFFICER'S RETURN

Came to hand on the _____ day of _____, 20_____, at _____, o'clock _____.m., and executed in
_____ County, Texas by delivering to each of the within named defendants in person, a true copy of this
Citation with the date of delivery endorsed thereon, together with the accompanying copy of the plaintiff's petition, at the following
times and places, to-wit:

| Name | Date/Time | Place, Course and Distance from Courthouse |
|------|-----------|--------------------------------------------|
| _____ | _____ | _____ |

And not executed as to the defendant(s), _____

The diligence used in finding said defendant(s) being:
_____

and the cause or failure to execute this process is:
_____

and the information received as to the whereabouts of said defendant(s) being:
_____

**FEES:**
Serving Petition and Copy $_____
Total              $_____

_____, Officer

_____, County, Texas

By:_____, Deputy

**Affiant**
COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.
In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall
sign the return. The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable or the
clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:
My name is _____, my date of birth is _____, and my address is _____
        (First, Middle, Last)
_____
(Street, City, Zip)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

Executed in _____County, State of _____, on the _____day of _____.

_____
Declaring/Authorized Process Server

_____
(Id # & expiration of certification)

# CITATION

**CLERK OF THE COURT**

## CAUSE#423-6298

Sarah Loucks, District Clerk
P.O. Box 770
804 Pecan Street
Annex Building, First Floor
Bastrop, TX 78602

### THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

To: Maryna Danielian, Substitute Trustee for Wells Fargo Bank, N.A.
Barrett Daffin Frappier Turner & Engel, LLP
4004 Belt Line Road, Suite 100
Addison, TX. 75001, Defendant

GREETINGS: You are commanded to appear by filing a written answer to the PLAINTIFF'S ORIGINAL PETITION AND APPLICATION FOR INJUNCTIVE RELIEF of Petitioner at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service hereof, before the 423rd District Court of Texas, at the courthouse in BASTROP, Texas.

A copy of the Petition of the Petitioner accompanies this citation, in cause number 423-6298 styled:

Stephanie D. Rodriguez
vs.
Wells Fargo Bank N.A., as Successor in Interest of Mortgage Electronic Registration Systems, Inc., It's Substitute Trustees, Maryna Danielian, Pamela Thomas, Jack Burns II, Kristopher Holub, Aarti Patel, Stacey Bennett, Amy Ortiz, Garry Sanders, Maxwell Atherton, Dylan Ruiz, Corrin Johnson, Aaron Johnson, Trent Davies, Wendy Alexander, John Latham, Tobey Latham, Michael Latham

filed in said court on the on this the 4th day of February, 2019

Petitioner is represented by:
JERRY RIOS
LAW OFFICE OF JERRY RIOS
401 CONGRESS AVE. STE. 1540
AUSTIN, TX. 78701

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office in Bastrop, Texas, this the 4th day of February, 2019

Sarah Loucks
District Clerk, Bastrop County
P.O. Box 770
Bastrop, Texas 78602
By: _____ ,Deputy

( ) IF CHECKED, ATTACHED TO THIS CITATION IS DISCOVERY NOT FILED WITH CLERK PURSUANT TO TRCP 191.4

# RETURN OF SERVICE

Cause: 423-6298

Executed when copy is delivered:

This is a true copy of the original citation, was delivered to defendant _____, on the _____ day of
_____, 20_____.

_____, Officer

_____, County, Texas

By:_____, Deputy

**ADDRESS FOR SERVICE:**

Defendant: Maryna Danielian, Substitute Trustee for Wells Fargo Bank, N.A.

Barrett Daffin Frappier Turner & Engel, LLP

4004 Belt Line Road, Suite 100

Addison, TX. 75001

## OFFICER'S RETURN

Came to hand on the _____ day of _____, 20_____, at _____, o'clock _____.m., and executed in
_____ County, Texas by delivering to each of the within named defendants in person, a true copy of this
Citation with the date of delivery endorsed thereon, together with the accompanying copy of the plaintiff's petition, at the following
times and places, to-wit:

| Name | Date/Time | Place, Course and Distance from Courthouse |
|------|-----------|--------------------------------------------|
| _____ | _____ | _____ |

And not executed as to the defendant(s), _____

The diligence used in finding said defendant(s) being: _____

and the cause or failure to execute this process is: _____

and the information received as to the whereabouts of said defendant(s) being: _____

**FEES:**

Serving Petition and Copy $_____

Total                              $_____

_____, Officer

_____, County, Texas

By:_____, Deputy

**Affiant**

COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.

In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall
sign the return. The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable or
clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:

My name is _____, my date of birth is _____, and my address is
          (First, Middle, Last)

_____
(Street, City, Zip)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

Executed in _____County, State of _____, on the _____day of _____.

_____
Declaring/Authorized Process Server

_____
(id # & expiration of certification)

# CITATION

## CAUSE#423-6298

**CLERK OF THE COURT**
Sarah Loucks, District Clerk
P.O. Box 770
804 Pecan Street
Annex Building, First Floor
Bastrop, TX  78602

### THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

To: Pamela Thomas, Substitute Trustee for Wells Fargo Bank, N.A.
Barrett Daffin Frappier Turner & Engel., LLP
4004 Belt Line Road, Suite 100
Addison, TX. 75001, Defendant

GREETINGS: You are commanded to appear by filing a written answer to the  PLAINTIFF'S ORIGINAL PETITION AND APPLICATION FOR INJUNCTIVE RELIEF of Petitioner at or before 10:00 o'clock  a.m. of the Monday next after the expiration of 20 days after the date of service hereof, before the 423rd District Court of Texas, at the courthouse in BASTROP, Texas.

A copy of the Petition of the Petitioner accompanies this citation, in cause number 423-6298 styled:

Stephanie D. Rodriguez
vs.
Wells Fargo Bank N.A., as Successor in Interest of Mortgage Electronic Registration Systems, Inc., It's Substitute Trustees, Maryna Danielian, Pamela Thomas, Jack Burns II, Kristopher Holub, Aarti Patel, Stacey Bennett, Amy Ortiz, Garry Sanders, Maxwell Atherton, Dylan Ruiz, Corrin Johnson, Aaron Johnson, Trent Davies, Wendy Alexander, John Latham, Tobey Latham, Michael Latham

filed in said court on the on this the 4th day of February, 2019

Petitioner is represented by:
JERRY RIOS
LAW OFFICE OF JERRY RIOS
401 CONGRESS AVE. STE. 1540
AUSTIN, TX. 78701

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office in Bastrop, Texas, this the 4th day of February, 2019

Sarah Loucks
District Clerk, Bastrop County
P.O. Box 770
Bastrop, Texas 78602
By: _Dena Schmand_ Deputy

( ) IF CHECKED, ATTACHED TO THIS CITATION IS DISCOVERY NOT FILED WITH CLERK PURSUANT TO
TRCP 191.4

## RETURN OF SERVICE

Cause: 423-6298

Executed when copy is delivered:

This is a true copy of the original citation, was delivered to defendant _____, on the _____ day of _____, 20 _____.

_____, Officer

_____, County, Texas

By: _____, Deputy

**ADDRESS FOR SERVICE:**

Defendant: Pamela Thomas, Substitute Trustee for Wells Fargo Bank, N.A.

Barret  Daffin Frappier Turner & Engel., LL.P

4004 Belt Line Road, Suite 100

Addison, TX. 75001

### OFFICER'S RETURN

Came to hand on the _____ day of _____, 20 _____, at _____, o'clock _____.m., and executed in _____ County, Texas by delivering to each of the within named defendants in person, a true copy of this Citation with the date of delivery endorsed thereon, together with the accompanying copy of the plaintiff's petition, at the following times and places, to-wit:

| Name | Date/Time | Place, Course and Distance from Courthouse |
|---|---|---|
|  |  |  |

And not executed as to the defendant(s), _____

The diligence used in finding said defendant(s) being: _____

and the cause or failure to execute this process is: _____

and the information received as to the whereabouts of said defendant(s) being: _____

**FEES:**

Serving Petition and Copy $_____

Total                         $_____

_____, Officer

_____, County, Texas

By: _____, Deputy

**Affiant**

COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.

In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return.  The signature is not required to be verified.  If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:

My name is _____, my date of birth is _____, and my address is _____

(First, Middle, Last)

_____

(Street, City, Zip)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

Executed in _____ County, State of _____, on the _____ day of _____

_____

Declaring/Authorized Process Server

_____

(Id # & expiration of certification)

# CITATION

**CLERK OF THE COURT**
Sarah Loucks, District Clerk
P.O. Box 770
804 Pecan Street
Annex Building, First Floor
Bastrop, TX 78602

## CAUSE#423-6298

### THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

To: Jack Burns II, Substitute Trustee for Wells Fargo Bank, N.A.
Barrett Daffin Frappier Turner & Engel., LLP
4004 Belt Line Road, Suite 100
Addison, TX. 75001, Defendant

GREETINGS: You are commanded to appear by filing a written answer to the  PLAINTIFF'S ORIGINAL PETITION AND APPLICATION FOR INJUNCTIVE RELIEF of Petitioner at or before 10:00 o'clock  a.m. of the Monday next after the expiration of 20 days after the date of service hereof, before the 423rd District Court of Texas, at the courthouse in BASTROP, Texas.

A copy of the Petition of the Petitioner accompanies this citation, in cause number 423-6298 styled:

Stephanie D. Rodriguez
vs.
Wells Fargo Bank N.A., as Successor in Interest of Mortgage Electronic Registration Systems, Inc., It's Substitute Trustees, Maryna Danielian, Pamela Thomas, Jack Burns II, Kristopher Holub, Aarti Patel, Stacey Bennett, Amy Ortiz, Garry Sanders, Maxwell Atherton, Dylan Ruiz, Corrin Johnson, Aaron Johnson, Trent Davies, Wendy Alexander, John Latham, Tobey Latham, Michael Latham

filed in said court on the on this the 4th day of February, 2019

Petitioner is represented by:
JERRY RIOS
LAW OFFICE OF JERRY RIOS
401 CONGRESS AVE. STE. 1540
AUSTIN, TX. 78701

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office in Bastrop, Texas,
this the 4th day of February, 2019

Sarah Loucks
District Clerk, Bastrop County
P.O. Box 770
Bastrop, Texas 78602
By: _____ Deputy

( ) IF CHECKED, ATTACHED TO THIS CITATION IS DISCOVERY NOT FILED WITH CLERK PURSUANT TO TRCP 191.4

RETURN OF SERVICE

Cause: 423-6298
Executed when copy is delivered:
This is a true copy of the original citation, was delivered to defendant _____, on the _____ day of
_____, 20_____.

_____, Officer

_____, County, Texas

By:_____, Deputy

**ADDRESS FOR SERVICE:**
Defendant: Jack Burns II, Substitute Trustee for Wells Fargo Bank, N.A.
Barrett Daffin Frappier Turner & Engel., LLP
4004 Belt Line Road, Suite 100
Addison, TX. 75001

OFFICER'S RETURN

Came to hand on the _____ day of _____, 20_____, at _____, o'clock _____.m., and executed in
_____ County, Texas by delivering to each of the within named defendants in person, a true copy of this
Citation with the date of delivery endorsed thereon, together with the accompanying copy of the plaintiff's petition, at the following
times and places, to-wit:

| Name | Date/Time | Place, Course and Distance from Courthouse |
|---|---|---|
| | | |

And not executed as to the defendant(s), _____

The diligence used in finding said defendant(s) being:
_____

and the cause or failure to execute this process is:
_____

and the information received as to the whereabouts of said defendant(s) being:
_____

**FEES:**
Serving Petition and Copy $_____
Total               $_____

_____, Officer
_____, County, Texas

By:_____, Deputy

**Affiant**
COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.
In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall
sign the return. The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable or the
clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:
My name is _____, my date of birth is _____, and my address is
        (First, Middle, Last)
_____
(Street, City, Zip)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

Executed in _____County, State of _____, on the _____day of _____.

_____
Declaring/Authorized Process Server

_____
(Id # & expiration of certification)

# CITATION

## CAUSE#423-6298

**CLERK OF THE COURT**
Sarah Loucks, District Clerk
P.O. Box 770
804 Pecan Street
Annex Building, First Floor
Bastrop, TX 78602

### THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

To: Kristopher Holub, Substitute Trustee for Wells Fargo Bank, N.A.
Barrett Daffin Frappier Turner & Engel., LLP
4004 Belt Line Road, Suite 100
Addison, TX. 75001, Defendant

GREETINGS: You are commanded to appear by filing a written answer to the  PLAINTIFF'S ORIGINAL PETITION AND APPLICATION FOR INJUNCTIVE RELIEF of Petitioner at or before 10:00 o'clock  a.m. of the Monday next after the expiration of 20 days after the date of service hereof, before the 423rd District Court of Texas, at the courthouse in BASTROP, Texas.

A copy of the Petition of the Petitioner accompanies this citation, in cause number 423-6298 styled:

Stephanie D. Rodriguez
vs.
Wells Fargo Bank N.A., as Successor in Interest of Mortgage Electronic Registration Systems, Inc., It's Substitute Trustees, Maryna Danielian, Pamela Thomas, Jack Burns II, Kristopher Holub, Aarti Patel, Stacey Bennett, Amy Ortiz, Garry Sanders, Maxwell Atherton, Dylan Ruiz, Corrin Johnson, Aaron Johnson, Trent Davies, Wendy Alexander, John Latham, Tobey Latham, Michael Latham

filed in said court on the on this the 4th day of February, 2019

Petitioner is represented by:
JERRY RIOS
LAW OFFICE OF JERRY RIOS
401 CONGRESS AVE. STE. 1540
AUSTIN, TX. 78701

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office in Bastrop, Texas,
this the 4th day of February, 2019

Sarah Loucks
District Clerk, Bastrop County
P.O. Box 770
Bastrop, Texas 78602
By_____ Deputy

( ) IF CHECKED, ATTACHED TO THIS CITATION IS DISCOVERY NOT FILED WITH CLERK PURSUANT TO TRCP 191.4

## RETURN OF SERVICE

Cause: 423-6298
Executed when copy is delivered:
This is a true copy of the original citation, was delivered to defendant _____, on the _____ day of
_____, 20_____.

_____, Officer

_____, County, Texas

By:_____, Deputy

**ADDRESS FOR SERVICE:**
Defendant: Kristopher Holub, Substitute Trustee for Wells Fargo Bank, N.A.
Barrett Daffin Frappier Turner & Engel., LLP
4004 Belt Line Road, Suite 100
Addison, TX. 75001

### OFFICER'S RETURN

Came to hand on the _____ day of _____, 20____, at _____, o'clock ____.m., and executed in
_____ County, Texas by delivering to each of the within named defendants in person, a true copy of this
Citation with the date of delivery endorsed thereon, together with the accompanying copy of the plaintiff's petition, at the following
times and places, to-wit:

| Name | Date/Time | Place, Course and Distance from Courthouse |
|------|-----------|--------------------------------------------|
|      |           |                                            |

And not executed as to the defendant(s), _____

The diligence used in finding said defendant(s) being: _____

and the cause or failure to execute this process is: _____

and the information received as to the whereabouts of said defendant(s) being: _____

**FEES:**
Serving Petition and Copy $_____
Total                     $_____

_____, Officer

_____, County, Texas

By:_____, Deputy

**Affiant**
COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.
**In accordance with Rule 107:** The officer or authorized person who serves, or attempts to serve, a citation shall
sign the return. The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable or the
clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:
My name is _____, my date of birth is _____, and my address is
_____ (First, Middle, Last)
_____
(Street, City, Zip)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

Executed in _____ County, State of _____, on the _____ day of _____

_____
Declaring/Authorized Process Server

_____
(Id # & expiration of certification)

# CITATION

## CAUSE#423-6298

**CLERK OF THE COURT**
Sarah Loucks, District Clerk
P.O. Box 770
804 Pecan Street
Annex Building, First Floor
Bastrop, TX 78602

### THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

To:  Aarti Patel, Substitute Trustee for Wells Fargo Bank, N.A.
Barrett Daffin Frappier Turner & Engel., LLP
4004 Belt Line Road, Suite 100
Addison, TX. 75001, Defendant

GREETINGS: You are commanded to appear by filing a written answer to the  PLAINTIFF'S ORIGINAL PETITION AND APPLICATION FOR INJUNCTIVE RELIEF of Petitioner at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service hereof, before the 423rd District Court of Texas, at the courthouse in BASTROP, Texas.

A copy of the Petition of the Petitioner accompanies this citation, in cause number 423-6298 styled:

Stephanie D. Rodriguez
vs.
Wells Fargo Bank N.A., as Successor in Interest of Mortgage Electronic Registration Systems, Inc., It's Substitute Trustees, Maryna Danielian, Pamela Thomas, Jack Burns II, Kristopher Holub, Aarti Patel, Stacey Bennett, Amy Ortiz, Garry Sanders, Maxwell Atherton, Dylan Ruiz, Corrin Johnson, Aaron Johnson, Trent Davies, Wendy Alexander, John Latham, Tobey Latham, Michael Latham

filed in said court on the on this the 4th day of February, 2019

Petitioner is represented by:
JERRY RIOS
LAW OFFICE OF JERRY RIOS
401 CONGRESS AVE. STE. 1540
AUSTIN, TX. 78701

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office in Bastrop, Texas, this the 4th day of February, 2019

Sarah Loucks
District Clerk, Bastrop County
P.O. Box 770
Bastrop, Texas 78602
By:_____,Deputy

( ) IF CHECKED, ATTACHED TO THIS CITATION IS DISCOVERY NOT FILED WITH CLERK PURSUANT TO TRCP 191.4

## RETURN OF SERVICE

Cause: 423-6298
Executed when copy is delivered:
This is a true copy of the original citation, was delivered to defendant _____, on the _____ day of
_____, 20_____.

_____, Officer

_____, County, Texas

By:_____, Deputy

**ADDRESS FOR SERVICE:**
Defendant: Aarti Patel, Substitute Trustee for Wells Fargo Bank, N.A.
Barrett Daffin Frappier Turner & Engel., LLP
4004 Belt Line Road, Suite 100
Addison, TX. 75001

OFFICER'S RETURN

Came to hand on the _____ day of _____, 20_____, at _____, o'clock _____.m., and executed in
_____ County, Texas by delivering to each of the within named defendants in person, a true copy of this
Citation with the date of delivery endorsed thereon, together with the accompanying copy of the plaintiff's petition, at the following
times and places, to-wit:

| Name | Date/Time | Place, Course and Distance from Courthouse |
|------|-----------|--------------------------------------------|
| _____ | _____ | _____ |

And not executed as to the defendant(s), _____

The diligence used in finding said defendant(s) being:
_____

and the cause or failure to execute this process is:
_____

and the information received as to the whereabouts of said defendant(s) being:
_____

**FEES:**
Serving Petition and Copy $_____
Total                $_____

_____, Officer

_____, County, Texas

By:_____, Deputy

**Affiant**
COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.
In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall
sign the return. The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable or the
clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:
My name is _____, my date of birth is _____, and my address is
_____.
(First, Middle, Last)

(Street, City, Zip)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

Executed in _____County, State of _____, on the _____day of _____.

_____
Declaring/Authorized Process Server

_____
(Id # & expiration of certification)

# CITATION

## CAUSE#423-6298

**CLERK OF THE COURT**
Sarah Loucks, District Clerk
P.O. Box 770
804 Pecan Street
Annex Building, First Floor
Bastrop, TX 78602

### THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

To: Stacey Bennett, Substitute Trustee for Wells Fargo Bank, N.A.
Barrett Daffin Frappier Turner & Engel., LLP
4004 Belt Line Road, Suite 100
Addison, TX. 75001, Defendant

GREETINGS: You are commanded to appear by filing a written answer to the  PLAINTIFF'S ORIGINAL PETITION AND APPLICATION FOR INJUNCTIVE RELIEF of Petitioner at or before 10:00 o'clock  a.m. of the Monday next after the expiration of 20 days after the date of service hereof, before the 423rd District Court of Texas, at the courthouse in BASTROP, Texas.

A copy of the Petition of the Petitioner accompanies this citation, in cause number 423-6298 styled:

Stephanie D. Rodriguez
vs.
Wells Fargo Bank N.A., as Successor in Interest of Mortgage Electronic Registration Systems, Inc., It's Substitute Trustees, Maryna Danielian, Pamela Thomas, Jack Burns II, Kristopher Holub, Aarti Patel, Stacey Bennett, Amy Ortiz, Larry Sanders, Maxwell Atherton, Dylan Ruiz, Corrin Johnson, Aaron Johnson ,Trent Davies, Wendy Alexander, John Latham, Tobey Latham, Michael Latham

filed in said court on the on this the 4th day of February, 2019

Petitioner is represented by:
JERRY RIOS
LAW OFFICE OF JERRY RIOS
401 CONGRESS AVE. STE. 1540
AUSTIN, TX. 78701

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office in Bastrop, Texas, this the 4th day of February, 2019

Sarah Loucks
District Clerk, Bastrop County
P.O. Box 770
Bastrop, Texas 78602
By: _____ ,Deputy

( ) IF CHECKED, ATTACHED TO THIS CITATION IS DISCOVERY NOT FILED WITH CLERK PURSUANT TO TRCP 191.4

RETURN OF SERVICE

Cause: 423-6298

Executed when copy is delivered:

This is a true copy of the original citation, was delivered to defendant _____, on the _____ day of _____, 20_____.

_____, Officer

_____, County, Texas

By:_____, Deputy

**ADDRESS FOR SERVICE:**

Defendant: Stacey Bennett, Substitute Trustee for Wells Fargo Bank, N.A.
Barrett Daffin Frappier Turner & Engel., LLP
4004 Belt Line Road, Suite 100
Addison, TX. 75001

OFFICER'S RETURN

Came to hand on the _____ day of _____, 20____, at _____, o'clock _____.m., and executed in _____ County, Texas by delivering to each of the within named defendants in person, a true copy of this Citation with the date of delivery endorsed thereon, together with the accompanying copy of the plaintiff's petition, at the following times and places, to-wit:

| Name | Date/Time | Place, Course and Distance from Courthouse |
|---|---|---|
| | | |

And not executed as to the defendant(s), _____

The diligence used in finding said defendant(s) being: _____

and the cause or failure to execute this process is: _____

and the information received as to the whereabouts of said defendant(s) being: _____

**FEES:**

Serving Petition and Copy $_____
Total                        $_____

_____, Officer

_____, County, Texas

By:_____, Deputy

**Affiant**

COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.

**In accordance with Rule 107:** The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:

My name is _____, my date of birth is _____, and my address is _____.
                    (First, Middle, Last)

_____

(Street, City, Zip)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

Executed in _____ County, State of _____, on the _____ day of _____.

_____
Declaring/Authorized Process Server

_____
(Id # & expiration of certification)

# CITATION

## CAUSE#423-6298

**CLERK OF THE COURT**
Sarah Loucks, District Clerk
P.O. Box 770
804 Pecan Street
Annex Building, First Floor
Bastrop, TX  78602

### THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

To: Amy Ortiz, Substitute Trustee for Wells Fargo Bank, N.A.
Barrett Daffin Frappier Turner & Engel., LLP
4004 Belt Line Road, Suite 100
Addison, TX.  75001, Defendant

GREETINGS: You are commanded to appear by filing a written answer to the  PLAINTIFF'S ORIGINAL PETITION AND APPLICATION FOR INJUNCTIVE RELIEF of Petitioner at or before 10:00 o'clock  a.m. of the Monday next after the expiration of 20 days after the date of service hereof, before the 423rd District Court of Texas, at the courthouse in BASTROP, Texas.

 A copy of the Petition of the Petitioner accompanies this citation, in cause number 423-6298 styled:

Stephanie D. Rodriguez
vs.
Wells Fargo Bank N.A., as Successor in Interest of Mortgage Electronic Registration Systems, Inc., It's Substitute Trustees, Maryna Danielian, Pamela Thomas, Jack Burns II, Kristopher Holub, Aarti Patel, Stacey Bennett, Amy Ortiz, Garry Sanders, Maxwell Atherton, Dylan Ruiz, Corrin Johnson, Aaron Johnson, Trent Davies, Wendy Alexander, John Latham, Tobey Latham, Michael Latham

filed in said court on the on this the 4th day of February, 2019

Petitioner is represented by:
JERRY RIOS
LAW OFFICE OF JERRY RIOS
401 CONGRESS AVE. STE. 1540
AUSTIN, TX.  78701

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office in Bastrop, Texas, this the 4th day of February, 2019

Sarah Loucks
District Clerk, Bastrop County
P.O. Box 770
Bastrop Texas 78602
By: _____ ,Deputy

( ) IF CHECKED, ATTACHED TO THIS CITATION IS DISCOVERY NOT FILED WITH CLERK PURSUANT TO
TRCP 191.4

# RETURN OF SERVICE

Cause: 423-6298
Executed when copy is delivered:
This is a true copy of the original citation, was delivered to defendant _____, on the _____ day of
_____, 20_____.

_____, Officer

_____, County, Texas

By:_____, Deputy

**ADDRESS FOR SERVICE:**
Defendant: Amy Ortiz, Substitute Trustee for Wells Fargo Bank, N.A.
Barrett Daffin Frappier Turner & Engel., LLP
4004 Belt Line Road, Suite 100
Addison, TX.  75001

## OFFICER'S RETURN

Came to hand on the _____ day of _____, 20_____, at _____, o'clock _____.m., and executed in
_____ County, Texas by delivering to each of the within named defendants in person, a true copy of this
Citation with the date of delivery endorsed thereon, together with the accompanying copy of the plaintiff's petition, at the following
times and places, to-wit:

| Name | Date/Time | Place, Course and Distance from Courthouse |
|---|---|---|
| | | |

And not executed as to the defendant(s), _____

The diligence used in finding said defendant(s) being: _____

and the cause or failure to execute this process is: _____

and the information received as to the whereabouts of said defendant(s) being: _____

**FEES:**
Serving Petition and Copy $_____
Total                          $_____

_____, Officer

_____, County, Texas

By:_____, Deputy

**Affiant**
<u>COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.</u>
**In accordance with Rule 107:** The officer or authorized person who serves, or attempts to serve, a citation shall
sign the return. The signature is not required to be verified.  If the return is signed by a person other than a sheriff, constable or the
clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:
My name is _____, my date of birth is _____, and my address is
           (First, Middle, Last)
_____
(Street, City, Zip)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

Executed in _____County, State of _____, on the _____day of _____

_____
Declaring/Authorized Process Server

_____
(Id # & expiration of certification)

# CITATION

## CAUSE#423-6298

**CLERK OF THE COURT**
Sarah Loucks, District Clerk
P.O. Box 770
804 Pecan Street
Annex Building, First Floor
Bastrop, TX  78602

### THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

To: Garry Sanders, Substitute Trustee for Wells Fargo Bank, N.A.
Barrett Daffin Frappier Turner & Engel., LLP
4004 Belt Line Road, Suite 100
Addison, TX. 75001, Defendant

GREETINGS: You are commanded to appear by filing a written answer to the  PLAINTIFF'S ORIGINAL PETITION AND APPLICATION FOR INJUNCTIVE RELIEF of Petitioner at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service hereof, before the 423rd District Court of Texas, at the courthouse in BASTROP, Texas.

 A copy of the Petition of the Petitioner accompanies this citation, in cause number 423-6298 styled:

Stephanie D. Rodriguez
vs.
Wells Fargo Bank N.A., as Successor in Interest of Mortgage Electronic Registration Systems, Inc., It's Substitute Trustees, Maryna Danielian, Pamela Thomas, Jack Burns II, Kristopher Holub, Aarti Patel, Stacey Bennett, Amy Ortiz, Garry Sanders, Maxwell Atherton, Dylan Ruiz, Corrin Johnson, Aaron Johnson, Trent Davies, Wendy Alexander, John Latham, Tobey Latham, Michael Latham

filed in said court on the on this the 4th day of February, 2019

Petitioner is represented by:
JERRY RIOS
LAW OFFICE OF JERRY RIOS
401 CONGRESS AVE. STE. 1540
AUSTIN, TX.  78701

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office in Bastrop, Texas,
this the 4th day of February, 2019

Sarah Loucks
District Clerk, Bastrop County
P.O. Box 770
Bastrop, Texas 78602
By_____,Deputy

( ) IF CHECKED, ATTACHED TO THIS CITATION IS DISCOVERY NOT FILED WITH CLERK PURSUANT TO TRCP 191.4

## RETURN OF SERVICE

Cause: 423-6298

Executed when copy is delivered:

This is a true copy of the original citation, was delivered to defendant _____, on the _____ day of
_____, 20_____.

_____, Officer

_____, County, Texas

By:_____, Deputy

ADDRESS FOR SERVICE:

Defendant: Garry Sanders, Substitute Trustee for Wells Fargo Bank, N.A.
Barrett Daffin Frappier Turner & Engel., LLP
4004 Belt Line Road, Suite 100
Addison, TX. 75001

### OFFICER'S RETURN

Came to hand on the _____ day of _____, 20____, at _____, o'clock ____.m., and executed in
_____ County, Texas by delivering to each of the within named defendants in person, a true copy of this
Citation with the date of delivery endorsed thereon, together with the accompanying copy of the plaintiff's petition, at the following
times and places, to-wit:

| Name | Date/Time | Place, Course and Distance from Courthouse |
|------|-----------|---------------------------------------------|
| | | |

And not executed as to the defendant(s), _____

The diligence used in finding said defendant(s) being: _____

and the cause or failure to execute this process is: _____

and the information received as to the whereabouts of said defendant(s) being: _____

FEES:

Serving Petition and Copy $_____
Total                     $_____

_____, Officer

_____, County, Texas

By:_____, Deputy

Affiant

COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.

In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall
sign the return. The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable or the
clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:

My name is _____, my date of birth is _____, and my address is _____
                    (First, Middle, Last)

_____
(Street, City, Zip)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

Executed in _____County, State of _____, on the _____day of _____.

_____
Declaring/Authorized Process Server

_____
(Id # & expiration of certification)

# CITATION

## CAUSE#423-6298

**CLERK OF THE COURT**
Sarah Loucks, District Clerk
P.O. Box 770
804 Pecan Street
Annex Building, First Floor
Bastrop, TX 78602

### THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

To: Maxwell Atherton, Substitute Trustee for Wells Fargo Bank, N.A.
Barrett Daffin Frappier Turner & Engel., LLP
4004 Belt Line Road, Suite 100
Addison, TX. 75001, Defendant

GREETINGS: You are commanded to appear by filing a written answer to the  PLAINTIFF'S ORIGINAL PETITION AND APPLICATION FOR INJUNCTIVE RELIEF of Petitioner at or before 10:00 o'clock  a.m. of the Monday next after the expiration of 20 days after the date of service hereof, before the 423rd District Court of Texas, at the courthouse in BASTROP, Texas.

A copy of the Petition of the Petitioner accompanies this citation, in cause number 423-6298 styled:

Stephanie D. Rodriguez
vs.
Wells Fargo Bank N.A., as Successor in Interest of Mortgage Electronic Registration Systems, Inc., It's Substitute Trustees, Maryna Danielian, Pamela Thomas, Jack Burns II, Kristopher Holub, Aarti Patel, Stacey Bennett, Amy Ortiz, Garry Sanders, Maxwell Atherton, Dylan Ruiz, Corrin Johnson, Aaron Johnson, Trent Davies, Wendy Alexander, John Latham, Tobey Latham, Michael Latham

filed in said court on the on this the 4th day of February, 2019

Petitioner is represented by:
JERRY RIOS
LAW OFFICE OF JERRY RIOS
401 CONGRESS AVE. STE. 1540
AUSTIN, TX. 78701

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office in Bastrop, Texas, this the 4th day of February, 2019

Sarah Loucks
District Clerk, Bastrop County
P.O. Box 770
Bastrop, Texas 78602
By: _____ Deputy

( ) IF CHECKED, ATTACHED TO THIS CITATION IS DISCOVERY NOT FILED WITH CLERK PURSUANT TO TRCP 191.4

RETURN OF SERVICE

Cause: 423-6298
Executed when copy is delivered:
This is a true copy of the original citation, was delivered to defendant _____, on the _____ day of
_____, 20_____.

_____, Officer

_____, County, Texas

By: _____, Deputy

**ADDRESS FOR SERVICE:**
Defendant: Maxwell Atherton, Substitute Trustee for Wells Fargo Bank, N.A.
Barrett Daffin Frappier Turner & Engel., LLP
4004 Belt Line Road, Suite 100
Addison, TX. 75001

OFFICER'S RETURN

Came to hand on the _____ day of _____, 20_____, at _____, o'clock _____.m., and executed in
_____ County, Texas by delivering to each of the within named defendants in person, a true copy of this
Citation with the date of delivery endorsed thereon, together with the accompanying copy of the plaintiff's petition, at the following
times and places, to-wit:

| Name | Date/Time | Place, Course and Distance from Courthouse |
|------|-----------|--------------------------------------------|
|      |           |                                            |

And not executed as to the defendant(s), _____

The diligence used in finding said defendant(s) being: _____

and the cause or failure to execute this process is: _____

and the information received as to the whereabouts of said defendant(s) being: _____

**FEES:**
Serving Petition and Copy $ _____
Total                  $ _____

_____, Officer

_____, County, Texas

By: _____, Deputy

**Affiant**
COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.
In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall
sign the return. The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable or the
clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:
My name is _____, my date of birth is _____, and my address is _____
                (First, Middle, Last)
_____
(Street, City, Zip)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

Executed in _____County, State of _____, on the _____day of _____.

_____
Declaring/Authorized Process Server

_____
(Id # & expiration of certification)

# CITATION

## CAUSE#423-6298

**CLERK OF THE COURT**
Sarah Loucks, District Clerk
P.O. Box 770
804 Pecan Street
Annex Building, First Floor
Bastrop, TX 78602

### THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

To: Dylan Ruiz, Substitute Trustee for Wells Fargo Bank, N.A.
Barrett Daffin Frappier Turner & Engel., LLP
4004 Belt Line Road, Suite 100
Addison, TX. 75001, Defendant

GREETINGS: You are commanded to appear by filing a written answer to the  PLAINTIFF'S ORIGINAL PETITION AND APPLICATION FOR INJUNCTIVE RELIEF of Petitioner at or before 10:00 o'clock  a.m. of the Monday next after the expiration of 20 days after the date of service hereof, before the 423rd District Court of Texas, at the courthouse in BASTROP, Texas.

 A copy of the Petition of the Petitioner accompanies this citation, in cause number 423-6298 styled:

Stephanie D. Rodriguez
vs.
Wells Fargo Bank N.A., as Successor in Interest of Mortgage Electronic Registration Systems, Inc., It's Substitute Trustees, Maryna Danielian, Pamela Thomas, Jack Burns II, Kristopher Holub, Aarti Patel, Stacey Bennett, Amy Ortiz, Garry Sanders, Maxwell Atherton, Dylan Ruiz, Corrin Johnson, Aaron Johnson, Trent Davies, Wendy Alexander, John Latham, Tobey Latham, Michael Latham

filed in said court on the on this the 4th day of February, 2019

Petitioner is represented by:
JERRY RIOS
LAW OFFICE OF JERRY RIOS
401 CONGRESS AVE. STE. 1540
AUSTIN, TX. 78701

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office in Bastrop, Texas,
this the 4th day of February, 2019

Sarah Loucks
District Clerk, Bastrop County
P.O. Box 770
Bastrop, Texas 78602
By_____,Deputy

( ) IF CHECKED, ATTACHED TO THIS CITATION IS DISCOVERY NOT FILED WITH CLERK PURSUANT TO TRCP 191.4

## RETURN OF SERVICE

Cause: 423-6298

Executed when copy is delivered:

This is a true copy of the original citation, was delivered to defendant _____, on the _____ day of _____, 20_____.

_____, Officer

_____, County, Texas

By:_____, Deputy

**ADDRESS FOR SERVICE:**

Defendant: Dylan Ruiz, Substitute Trustee for Wells Fargo Bank, N.A.

Barrett Daffin Frappier Turner & Engel., LLP

4004 Belt Line Road, Suite 100

Addison, TX. 75001

### OFFICER'S RETURN

Came to hand on the _____ day of _____, 20_____, at _____, o'clock _____.m., and executed in _____ County, Texas by delivering to each of the within named defendants in person, a true copy of this Citation with the date of delivery endorsed thereon, together with the accompanying copy of the plaintiff's petition, at the following times and places, to-wit:

| Name | Date/Time | Place, Course and Distance from Courthouse |
|------|-----------|--------------------------------------------|
|      |           |                                            |

And not executed as to the defendant(s), _____

The diligence used in finding said defendant(s) being: _____

and the cause or failure to execute this process is: _____

and the information received as to the whereabouts of said defendant(s) being: _____

**FEES:**

Serving Petition and Copy $_____

Total               $_____

_____, Officer

_____, County, Texas

By:_____, Deputy

**Affiant**

COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.

In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:

My name is _____, my date of birth is _____, and my address is _____

(First, Middle, Last)

_____

(Street, City, Zip)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

Executed in _____ County, State of _____, on the _____ day of _____.

_____

Declaring/Authorized Process Server

_____

(Id # & expiration of certification)

# CITATION

## CAUSE#423-6298

**CLERK OF THE COURT**
Sarah Loucks, District Clerk
P.O. Box 770
804 Pecan Street
Annex Building, First Floor
Bastrop, TX 78602

### THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

To: Corrin Johnson, Substitute Trustee for Wells Fargo Bank, N.A.
Barrett Daffin Frappier Turner & Engel., LLP
4004 Belt Line Road, Suite 100
Addison, TX. 75001, Defendant

GREETINGS: You are commanded to appear by filing a written answer to the PLAINTIFF'S ORIGINAL PETITION AND APPLICATION FOR INJUNCTIVE RELIEF of Petitioner at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service hereof, before the 423rd District Court of Texas, at the courthouse in BASTROP, Texas.

A copy of the Petition of the Petitioner accompanies this citation, in cause number 423-6298 styled:

Stephanie D. Rodriguez
vs.
Wells Fargo Bank N.A., as Successor in Interest of Mortgage Electronic Registration Systems, Inc., It's Substitute Trustees, Maryna Danielian, Pamela Thomas, Jack Burns II, Kristopher Holub, Aarti Patel, Stacey Bennett, Amy Ortiz, Garry Sanders, Maxwell Atherton, Dylan Ruiz, Corrin Johnson, Aaron Johnson, Trent Davies, Wendy Alexander, John Latham, Tobey Latham, Michael Latham

filed in said court on the on this the 4th day of February, 2019

Petitioner is represented by:
JERRY RIOS
LAW OFFICE OF JERRY RIOS
401 CONGRESS AVE. STE. 1540
AUSTIN, TX. 78701

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office in Bastrop, Texas, this the 4th day of February, 2019

Sarah Loucks
District Clerk, Bastrop County
P.O. Box 770
Bastrop, Texas 78602
By: _____ Deputy

( ) IF CHECKED, ATTACHED TO THIS CITATION IS DISCOVERY NOT FILED WITH CLERK PURSUANT TO TRCP 191.4

## RETURN OF SERVICE

Cause: 423-6298

Executed when copy is delivered:

This is a true copy of the original citation, was delivered to defendant _____, on the _____ day of _____, 20_____.

_____, Officer

_____, County, Texas

By:_____, Deputy

**ADDRESS FOR SERVICE:**

Defendant: Corrin Johnson, Substitute Trustee for Wells Fargo Bank, N.A.

Barrett Daffin Frappier Turner & Engel., LLP

4004 Belt Line Road, Suite 100

Addison, TX, 75001

### OFFICER'S RETURN

Came to hand on the _____ day of_____, 20____, at _____, o'clock ____.m., and executed in _____ County, Texas by delivering to each of the within named defendants in person, a true copy of this Citation with the date of delivery endorsed thereon, together with the accompanying copy of the plaintiff's petition, at the following times and places, to-wit:

| Name | Date/Time | Place, Course and Distance from Courthouse |
|------|-----------|--------------------------------------------|
|      |           |                                            |

And not executed as to the defendant(s), _____

The diligence used in finding said defendant(s) being: _____

and the cause or failure to execute this process is: _____

and the information received as to the whereabouts of said defendant(s) being: _____

**FEES:**

Serving Petition and Copy $_____

Total                        $_____

_____, Officer

_____, County, Texas

By:_____, Deputy

**Affiant**

COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.

In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:

My name is _____, my date of birth is _____, and my address is _____

(First, Middle, Last)

_____

(Street, City, Zip)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

Executed in _____County, State of _____, on the _____day of _____.

_____

Declaring/Authorized Process Server

_____

(Id # & expiration of certification)

# CITATION

**CLERK OF THE COURT**
Sarah Loucks, District Clerk
P.O. Box 770
804 Pecan Street
Annex Building, First Floor
Bastrop, TX 78602

**CAUSE#423-6298**

## THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

To: Aaron Johnson, Substitute Trustee for Wells Fargo Bank, N.A.
Barrett Daffin Frappier Turner & Engel., LLP
4004 Belt Line Road, Suite 100
Addison, TX. 75001, Defendant

GREETINGS: You are commanded to appear by filing a written answer to the PLAINTIFF'S ORIGINAL PETITION AND APPLICATION FOR INJUNCTIVE RELIEF of Petitioner at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service hereof, before the 423rd District Court of Texas, at the courthouse in BASTROP, Texas.

A copy of the Petition of the Petitioner accompanies this citation, in cause number 423-6298 styled:

Stephanie D. Rodriguez
vs.
Wells Fargo Bank N.A., as Successor in Interest of Mortgage Electronic Registration Systems, Inc., It's Substitute Trustees, Maryna Danielian, Pamela Thomas, Jack Burns II, Kristopher Holub, Aarti Patel, Stacey Bennett, Amy Ortiz, Garry Sanders, Maxwell Atherton, Dylan Ruiz, Corrin Johnson, Aaron Johnson, Trent Davies, Wendy Alexander, John Latham, Tobey Latham, Michael Latham

filed in said court on the on this the 4th day of February, 2019

Petitioner is represented by:
JERRY RIOS
LAW OFFICE OF JERRY RIOS
401 CONGRESS AVE. STE. 1540
AUSTIN, TX. 78701

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office in Bastrop, Texas,
this the 4th day of February, 2019

Sarah Loucks
District Clerk, Bastrop County
P.O. Box 770
Bastrop, Texas 78602
By: _____,Deputy

( ) IF CHECKED, ATTACHED TO THIS CITATION IS DISCOVERY NOT FILED WITH CLERK PURSUANT TO
TRCP 191.4

## RETURN OF SERVICE

Cause: 423-6298
Executed when copy is delivered:
This is a true copy of the original citation, was delivered to defendant _____, on the _____ day of
_____, 20_____.

_____, Officer

_____, County, Texas

By:_____, Deputy

**ADDRESS FOR SERVICE:**
Defendant: Aaron Johnson, Substitute Trustee for Wells Fargo Bank, N.A.
Barrett Daffin Frappier Turner & Engel., LLP
4004 Belt Line Road, Suite 100
Addison, TX. 75001

OFFICER'S RETURN

Came to hand on the _____ day of _____, 20____, at _____, o'clock ____.m., and executed in
_____ County, Texas by delivering to each of the within named defendants in person, a true copy of this
Citation with the date of delivery endorsed thereon, together with the accompanying copy of the plaintiff's petition, at the following
times and places, to-wit:

Name                     Date/Time              Place, Course and Distance from Courthouse

_____         _____       _____

And not executed as to the defendant(s), _____

The diligence used in finding said defendant(s) being: _____

and the cause or failure to execute this process is: _____

and the information received as to the whereabouts of said defendant(s) being: _____

**FEES:**
Serving Petition and Copy $_____
Total                  $_____

_____, Officer

_____, County, Texas

By:_____, Deputy

**Affiant**
COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.
In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall
sign the return. The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable or the
clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:
My name is _____, my date of birth is _____, and my address is
_____(First, Middle, Last)

_____
(Street, City, Zip)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

Executed in _____County, State of _____, on the _____day of _____.

_____
Declaring/Authorized Process Server

_____
(Id # & expiration of certification)

# CITATION

## CAUSE#423-6298

**CLERK OF THE COURT**
Sarah Loucks, District Clerk
P.O. Box 770
804 Pecan Street
Annex Building, First Floor
Bastrop, TX 78602

### THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

To: Trent Davies, Substitute Trustee for Wells Fargo Bank, N.A.
Barrett Daffin Frappier Turner & Engel., LLP
4004 Belt Line Road, Suite 100
Addison, TX. 75001, Defendant

GREETINGS: You are commanded to appear by filing a written answer to the  PLAINTIFF'S ORIGINAL PETITION AND APPLICATION FOR INJUNCTIVE RELIEF of Petitioner at or before 10:00 o'clock  a.m. of the Monday next after the expiration of 20 days after the date of service hereof, before the 423rd District Court of Texas, at the courthouse in BASTROP, Texas.

 A copy of the Petition of the Petitioner accompanies this citation, in cause number 423-6298 styled:

Stephanie D. Rodriguez
vs.
Wells Fargo Bank N.A., as Successor in Interest of Mortgage Electronic Registration Systems, Inc., It's Substitute Trustees, Maryna Danielian, Pamela Thomas, Jack Burns II, Kristopher Holub, Aarti Patel, Stacey Bennett, Amy Ortiz, Garry Sanders, Maxwell Atherton, Dylan Ruiz, Corrin Johnson, Aaron Johnson, Trent Davies, Wendy Alexander, John Latham, Tobey Latham, Michael Latham

filed in said court on the on this the 4th day of February, 2019

Petitioner is represented by:
JERRY RIOS
LAW OFFICE OF JERRY RIOS
401 CONGRESS AVE. STE. 1540
AUSTIN, TX. 78701

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office in Bastrop, Texas, this the 4th day of February, 2019

Sarah Loucks
District Clerk, Bastrop County
P.O. Box 770
Bastrop, Texas 78602
By_____,Deputy

( ) IF CHECKED, ATTACHED TO THIS CITATION IS DISCOVERY NOT FILED WITH CLERK PURSUANT TO TRCP 191.4

RETURN OF SERVICE

Cause: 423-6298

Executed when copy is delivered:

This is a true copy of the original citation, was delivered to defendant _____, on the _____ day of _____, 20_____.

_____, Officer

_____, County, Texas

By:_____, Deputy

**ADDRESS FOR SERVICE:**

Defendant: Trent Davies, Substitute Trustee for Wells Fargo Bank, N.A.

Barrett Daffin Frappier Turner & Engel., LLP

4004 Belt Line Road, Suite 100

Addison, TX. 75001

OFFICER'S RETURN

Came to hand on the _____ day of _____, 20____, at _____, o'clock ____.m., and executed in _____ County, Texas by delivering to each of the within named defendants in person, a true copy of this Citation with the date of delivery endorsed thereon, together with the accompanying copy of the plaintiff's petition, at the following times and places, to-wit:

Name                    Date/Time           Place, Course and Distance from Courthouse

_____

And not executed as to the defendant(s), _____

The diligence used in finding said defendant(s) being: _____

_____

and the cause or failure to execute this process is: _____

_____

and the information received as to the whereabouts of said defendant(s) being: _____

_____

**FEES:**

Serving Petition and Copy $_____

Total                    $_____

_____, Officer

_____, County, Texas

By:_____, Deputy

**Affiant**

<u>COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.</u>

**In accordance with Rule 107:** The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:

My name is _____, my date of birth is _____, and my address is

_____ (First, Middle, Last)

_____

(Street, City, Zip)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

Executed in _____ County, State of _____, on the _____ day of _____.

_____

Declaring/Authorized Process Server

_____

(Id # & expiration of certification)

# CITATION

**CLERK OF THE COURT**

## CAUSE#423-6298

Sarah Loucks, District Clerk
P.O. Box 770
804 Pecan Street
Annex Building, First Floor
Bastrop, TX 78602

### THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

To: Wendy Alexander, Substitute Trustee for Wells Fargo Bank, N.A.
Barrett Daffin Frappier Turner & Engel., LLP
4004 Belt Line Road, Suite 100
Addison, TX. 75001, Defendant

GREETINGS: You are commanded to appear by filing a written answer to the PLAINTIFF'S ORIGINAL PETITION AND APPLICATION FOR INJUNCTIVE RELIEF of Petitioner at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service hereof, before the 423rd District Court of Texas, at the courthouse in BASTROP, Texas.

A copy of the Petition of the Petitioner accompanies this citation, in cause number 423-6298 styled:

Stephanie D. Rodriguez
vs.
Wells Fargo Bank N.A., as Successor in Interest of Mortgage Electronic Registration Systems, Inc., It's Substitute Trustees, Maryna Danielian, Pamela Thomas, Jack Burns II, Kristopher Holub, Aarti Patel, Stacey Bennett, Amy Ortiz, Garry Sanders, Maxwell Atherton, Dylan Ruiz, Corrin Johnson, Aaron Johnson, Trent Davies, Wendy Alexander, John Latham, Tobey Latham, Michael Latham

filed in said court on the on this the 4th day of February, 2019

Petitioner is represented by:
JERRY RIOS
LAW OFFICE OF JERRY RIOS
401 CONGRESS AVE. STE. 1540
AUSTIN, TX. 78701

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office in Bastrop, Texas, this the 4th day of February, 2019

Sarah Loucks
District Clerk, Bastrop County
P.O. Box 770
Bastrop, Texas 78602
By: _____ ,Deputy

( ) IF CHECKED, ATTACHED TO THIS CITATION IS DISCOVERY NOT FILED WITH CLERK PURSUANT TO TRCP 191.4

RETURN OF SERVICE

Cause: 423-6298
Executed when copy is delivered:
This is a true copy of the original citation, was delivered to defendant _____, on the _____ day of
_____, 20_____.

_____, Officer

_____, County, Texas

By: _____, Deputy

**ADDRESS FOR SERVICE:**
Defendant: Wendy Alexander, Substitute Trustee for Wells Fargo Bank, N.A.
Barrett Daffin Frappier Turner & Engel., LLP
4004 Belt Line Road, Suite 100
Addison, TX. 75001

OFFICER'S RETURN

Came to hand on the _____ day of _____, 20_____, at _____, o'clock _____.m., and executed in
_____ County, Texas by delivering to each of the within named defendants in person, a true copy of this
Citation with the date of delivery endorsed thereon, together with the accompanying copy of the plaintiff's petition, at the following
times and places, to-wit:

| Name | Date/Time | Place, Course and Distance from Courthouse |
|---|---|---|
| | | |

And not executed as to the defendant(s), _____

The diligence used in finding said defendant(s) being:
_____

and the cause or failure to execute this process is:
_____

and the information received as to the whereabouts of said defendant(s) being:
_____

**FEES:**
Serving Petition and Copy $_____
Total                    $_____

_____, Officer

_____, County, Texas

By: _____, Deputy

**Affiant**
COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.
In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall
sign the return. The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable or the
clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:
My name is _____, my date of birth is _____, and my address is
            (First, Middle, Last)
_____
(Street, City, Zip)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

Executed in _____ County, State of _____, on the _____ day of _____.

_____
Declaring/Authorized Process Server

_____
(Id # & expiration of certification)

# CITATION

**CLERK OF THE COURT**                    **CAUSE#423-6298**
Sarah Loucks, District Clerk
P.O. Box 770
804 Pecan Street
Annex Building, First Floor
Bastrop, TX 78602

### THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

To: John Latham, Substitute Trustee for Wells Fargo Bank, N.A.
Barrett Daffin Frappier Turner & Engel., LLP
4004 Belt Line Road, Suite 100
Addison, TX. 75001, Defendant

GREETINGS: You are commanded to appear by filing a written answer to the  PLAINTIFF'S ORIGINAL PETITION AND APPLICATION FOR INJUNCTIVE RELIEF of Petitioner at or before 10:00 o'clock  a.m. of the Monday next after the expiration of 20 days after the date of service hereof, before the 423rd District Court of Texas, at the courthouse in BASTROP, Texas.

 A copy of the Petition of the Petitioner accompanies this citation, in cause number 423-6298 styled:

Stephanie D. Rodriguez
vs.
Wells Fargo Bank N.A., as Successor in Interest of Mortgage Electronic Registration Systems, Inc., It's Substitute Trustees, Maryna Danielian, Pamela Thomas, Jack Burns II, Kristopher Holub, Aarti Patel, Stacey Bennett, Amy Ortiz, Garry Sanders, Maxwell Atherton, Dylan Ruiz, Corrin Johnson, Aaron Johnson, Trent Davies, Wendy Alexander, John Latham, Tobey Latham, Michael Latham

filed in said court on the on this the 4th day of February, 2019

Petitioner is represented by:
JERRY RIOS
LAW OFFICE OF JERRY RIOS
401 CONGRESS AVE. STE. 1540
AUSTIN, TX. 78701

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office in Bastrop, Texas, this the 4th day of February, 2019

Sarah Loucks
District Clerk, Bastrop County
P.O. Box 770
Bastrop, Texas 78602
By: _____Deputy

( ) IF CHECKED, ATTACHED TO THIS CITATION IS DISCOVERY NOT FILED WITH CLERK PURSUANT TO TRCP 191.4

## RETURN OF SERVICE

Cause: 423-6298
Executed when copy is delivered:
This is a true copy of the original citation, was delivered to defendant _____, on the \_\_\_\_\_ day of
_____, 20\_\_\_\_\_.

_____, Officer

_____, County, Texas

By:_____, Deputy

**ADDRESS FOR SERVICE:**
Defendant: John Latham, Substitute Trustee for Wells Fargo Bank, N.A.
Barrett Daffin Frappier Turner & Engel., LLP
4004 Belt Line Road, Suite 100
Addison, TX. 75001

### OFFICER'S RETURN

Came to hand on the \_\_\_\_\_ day of _____, 20\_\_\_\_, at _____, o'clock \_\_\_\_.m., and executed in
_____ County, Texas by delivering to each of the within named defendants in person, a true copy of this
Citation with the date of delivery endorsed thereon, together with the accompanying copy of the plaintiff's petition, at the following
times and places, to-wit:

| Name | Date/Time | Place, Course and Distance from Courthouse |
| --- | --- | --- |
| | | |

And not executed as to the defendant(s), _____

The diligence used in finding said defendant(s) being:
_____

and the cause or failure to execute this process is:
_____

and the information received as to the whereabouts of said defendant(s) being:
_____

**FEES:**
Serving Petition and Copy $_____
Total                    $_____

_____, Officer
_____, County, Texas

By:_____, Deputy

**Affiant**
COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.
In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall
sign the return. The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable or the
clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:
My name is _____, my date of birth is _____, and my address is
               (First, Middle, Last)
_____.
(Street, City, Zip)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

Executed in _____County, State of _____, on the _____day of _____.

_____
Declaring/Authorized Process Server

_____
(Id # & expiration of certification)

# CITATION

CAUSE#423-6298

**CLERK OF THE COURT**
Sarah Loucks, District Clerk
P.O. Box 770
804 Pecan Street
Annex Building, First Floor
Bastrop, TX  78602

## THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

To: Tobey Latham, Substitute Trustee for Wells Fargo Bank, N.A.
Barrett Daffin Frappier Turner & Engel., LLP
4004 Belt Line Road, Suite 100
Addison, TX. 75001, Defendant

GREETINGS: You are commanded to appear by filing a written answer to the  PLAINTIFF'S ORIGINAL PETITION AND APPLICATION FOR INJUNCTIVE RELIEF of Petitioner at or before 10:00 o'clock  a.m. of the Monday next after the expiration of 20 days after the date of service hereof, before the 423rd District Court of Texas, at the courthouse in BASTROP, Texas.

A copy of the Petition of the Petitioner accompanies this citation, in cause number 423-6298 styled:

Stephanie D. Rodriguez
vs.
Wells Fargo Bank N.A., as Successor in Interest of Mortgage Electronic Registration Systems, Inc., It's Substitute Trustees, Maryna Danielian, Pamela Thomas, Jack Burns II, Kristopher Holub, Aarti Patel, Stacey Bennett, Amy Ortiz, Garry Sanders, Maxwell Atherton, Dylan Ruiz, Corrin Johnson, Aaron Johnson, Trent Davies, Wendy Alexander, John Latham, Tobey Latham, Michael Latham

filed in said court on the on this the 4th day of February, 2019

Petitioner is represented by:
JERRY RIOS
LAW OFFICE OF JERRY RIOS
401 CONGRESS AVE. STE. 1540
AUSTIN, TX. 78701

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office in Bastrop, Texas, this the 4th day of February, 2019

Sarah Loucks
District Clerk, Bastrop County
P.O. Box 770
Bastrop, Texas 78602
By:_____,Deputy

( ) IF CHECKED, ATTACHED TO THIS CITATION IS DISCOVERY NOT FILED WITH CLERK PURSUANT TO TRCP 191.4

RETURN OF SERVICE

Cause: 423-6298
Executed when copy is delivered:
This is a true copy of the original citation, was delivered to defendant _____, on the _____ day of
_____, 20_____.

_____, Officer

_____, County, Texas

By:_____, Deputy

**ADDRESS FOR SERVICE:**
Defendant: Tobey Latham, Substitute Trustee for Wells Fargo Bank, N.A.
Barrett Daffin Frappier Turner & Engel., LLP
4004 Belt Line Road, Suite 100
Addison, TX. 75001

OFFICER'S RETURN

Came to hand on the _____ day of _____, 20_____, at _____, o'clock _____.m., and executed in
_____ County, Texas by delivering to each of the within named defendants in person, a true copy of this
Citation with the date of delivery endorsed thereon, together with the accompanying copy of the plaintiff's petition, at the following
times and places, to-wit:

Name                        Date/Time              Place, Course and Distance from Courthouse

_____        _____        _____

And not executed as to the defendant(s), _____

The diligence used in finding said defendant(s) being: _____
_____

and the cause or failure to execute this process is: _____
_____

and the information received as to the whereabouts of said defendant(s) being: _____
_____

**FEES:**
Serving Petition and Copy $_____
Total                     $_____

_____, Officer

_____, County, Texas

By:_____, Deputy

**Affiant**
COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.
In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall
sign the return. The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable or the
clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:
My name is _____, my date of birth is _____, and my address is
              (First, Middle, Last)
_____
(Street, City, Zip)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

Executed in _____County, State of _____, on the _____day of _____.

_____
Declaring/Authorized Process Server

_____
(Id # & expiration of certification)

# CITATION

**CLERK OF THE COURT**
Sarah Loucks, District Clerk
P.O. Box 770
804 Pecan Street
Annex Building, First Floor
Bastrop, TX 78602

## CAUSE#423-6298

### THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

To: Michael Latham, Substitute Trustee for Wells Fargo Bank, N.A.
Barrett Daffin Frappier Turner & Engel., LLP
4004 Belt Line Road, Suite 100
Addison, TX. 75001, Defendant

GREETINGS: You are commanded to appear by filing a written answer to the PLAINTIFF'S ORIGINAL PETITION AND APPLICATION FOR INJUNCTIVE RELIEF of Petitioner at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service hereof, before the 423rd District Court of Texas, at the courthouse in BASTROP, Texas.

A copy of the Petition of the Petitioner accompanies this citation, in cause number 423-6298 styled:

Stephanie D. Rodriguez
vs.
Wells Fargo Bank N.A., as Successor in Interest of Mortgage Electronic Registration Systems, Inc., It's Substitute Trustees, Maryna Danielian, Pamela Thomas, Jack Burns II, Kristopher Holub, Aarti Patel, Stacey Bennett, Amy Ortiz, Garry Sanders, Maxwell Atherton, Dylan Ruiz, Corrin Johnson, Aaron Johnson, Trent Davies, Wendy Alexander, John Latham, Tobey Latham, Michael Latham

filed in said court on the on this the 4th day of February, 2019

Petitioner is represented by:
JERRY RIOS
LAW OFFICE OF JERRY RIOS
401 CONGRESS AVE. STE. 1540
AUSTIN, TX. 78701

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office in Bastrop, Texas, this the 4th day of February, 2019

Sarah Loucks
District Clerk, Bastrop County
P.O. Box 770
Bastrop, Texas 78602
By: _____, Deputy

( ) IF CHECKED, ATTACHED TO THIS CITATION IS DISCOVERY NOT FILED WITH CLERK PURSUANT TO
TRCP 191.4

## RETURN OF SERVICE

Cause: 423-6298

Executed when copy is delivered:

This is a true copy of the original citation, was delivered to defendant _____, on the _____ day of _____, 20_____.

_____, Officer

_____, County, Texas

By:_____, Deputy

**ADDRESS FOR SERVICE:**

Defendant: Michael Latham, Substitute Trustee for Wells Fargo Bank, N.A.

Barrett Daffin Frappier Turner & Engel., LLP

4004 Belt Line Road, Suite 100

Addison, TX. 75001

## OFFICER'S RETURN

Came to hand on the _____ day of _____, 20_____, at _____, o'clock _____.m., and executed in _____ County, Texas by delivering to each of the within named defendants in person, a true copy of this Citation with the date of delivery endorsed thereon, together with the accompanying copy of the plaintiff's petition, at the following times and places, to-wit:

Name                    Date/Time          Place, Course and Distance from Courthouse

And not executed as to the defendant(s), _____

The diligence used in finding said defendant(s) being: _____

and the cause or failure to execute this process is: _____

and the information received as to the whereabouts of said defendant(s) being: _____

**FEES:**

Serving Petition and Copy $_____

Total             $_____

_____, Officer

_____, County, Texas

By:_____, Deputy

**Affiant**

COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.

In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:

My name is _____, my date of birth is _____, and my address is _____
                (First, Middle, Last)

_____

(Street, City, Zip)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

Executed in _____County, State of _____, on the _____day of _____.

_____

Declaring/Authorized Process Server

_____

(Id # & expiration of certification)

Electronically Filed 2/12/2019 1:22 PM
Sarah Loucks, District Clerk
Bastrop County, Texas
By: Sharon Schimank, Deputy

CAUSE NO.  423-6298

| | | |
|---|---|---|
| STEPHANIE D. RODRIGUEZ | § | IN THE DISTRICT COURT |
| PLAINTIFF | § | |
| | § | |
| v. | § | |
| | § | |
| WELLS FARGO BANK, N.A., AS | § | |
| SUCCESSOR IN INTEREST OF | § | |
| MORTGAGE ELECTRONIC | § | |
| REGISTRATION SYSTEMS, INC., | § | |
| IT'S SUBSTITUTE TRUSTEES, | § | 423RD JUDICIAL DISTRICT |
| MARYNA DANIELIAN, PAMELA | § | |
| THOMAS, JACK BURNS II, | § | |
| KRISTOPHER HOLUB, AARTI | § | |
| PATEL, STACEY BENNETT, AMY | § | |
| ORTIZ, GARRETT SANDERS, | § | |
| MAXWELL ATHERTON, DYLAN | § | |
| RUIZ, CORIN JOHNSON, AARON | § | |
| JOHNSON, TRENT DAVIS, | § | |
| WENDY ALEXANDER, JOHN | § | |
| LATHAM, TOBEY LATHAM, | § | |
| MICHAEL LATHAM | § | |
| DEFENDANTS | § | BASTROP COUNTY, TEXAS |

## NOTICE OF HEARING

The hearing on Plaintiff's Application for Temporary Restraining Order will be held on Thursday, February 14, 2019 at the Bastrop County Courthouse, 423RD Civil District Court, 804 Pecan Street, Bastrop, Texas 78602 and will start at 9:00 a.m.

Respectfully submitted,

**LAW OFFICE OF JERRY RIOS**
401 Congress Avenue, Suite 1540
Austin, Texas 78701
Tel. (512) 501-6270
E-mail: jrios@therioslawfirm.com

By: _____
Jerry Rios
Texas Bar No. 24062966

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I certify that on February 12, 2019, a true and correct copy of Notice of Hearing on Plaintiff's Application for Temporary Restraining Order has been served via efax on the party listed below.

_____
Jerry Rios

**Via efax: (972) 661-7711**

| | | |
|---|---|---|
| Maryna Danielian | Amy Ortiz | Trent Davis |
| Pamela Thomas | Garrett Sanders | Wendy Alexander |
| Jack Burns II | Maxwell Atherton | John Latham |
| Kristopher Holub | Dylan Ruiz | Tobey Latham |
| Aarti Patel | Corin Johnson | Michael Latham |
| Stacey Bennett | Aaron Johnson | |

CAUSE NO.  423-6298

FILED 9:58A M
DATE 2-14-19
Sarah Loucks
District Clerk, Bastrop County

STEPHANIE D. RODRIGUEZ                    §          IN THE DISTRICT COURT
    PLAINTIFF                             §
                                          §
v.                                        §
                                          §
WELLS FARGO BANK, N.A., AS                §
SUCCESSOR IN INTEREST OF                  §
MORTGAGE ELECTRONIC                       §
REGISTRATION SYSTEMS, INC.,               §
IT'S SUBSTITUTE TRUSTEES,                 §          423RD JUDICIAL DISTRICT
MARYNA DANIELIAN, PAMELA                  §
THOMAS, JACK BURNS II,                    §
KRISTOPHER HOLUB, AARTI                   §
PATEL, STACEY BENNETT, AMY                §
ORTIZ, GARRETT SANDERS,                   §
MAXWELL ATHERTON, DYLAN                   §
RUIZ, CORIN JOHNSON, AARON                §
JOHNSON, TRENT DAVIS,                     §
WENDY ALEXANDER, JOHN                     §
LATHAM, TOBEY LATHAM,                     §
MICHAEL LATHAM                            §
    DEFENDANTS                            §          BASTROP COUNTY, TEXAS

## ORDER ON PLAINTIFF'S APPLICATION FOR TEMPORARY INJUNCTION

CAME ON TO BE HEARD this 14th day of February 2019, Plaintiff's Application for Temporary Injunction.  Plaintiff's counsel appeared.

Defendant WELLS FARGO BANK, N.A., AS SUCCESSOR IN INTEREST OF MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. Appeared/Did not appear;

Defendant MARYNA DANIELIAN Appeared/Did not appear;

Defendant PAMELA THOMAS Appeared/Did not appear;

Defendant JACK BURNS II Appeared/Did not appear;

Defendant KRISTOPHER HOLUB Appeared/Did not appear;

Defendant AARTI PATEL Appeared/Did not appear;

Defendant STACEY BENNETT Appeared/Did not appear;

Defendant AMY ORTIZ Appeared/Did not appear;

Defendant GARRETT SANDERS Appeared/Did not appear;

Defendant MAXWELL ATHERTON Appeared/Did not appear;

Defendant DYLAN RUIZ Appeared/Did not appear;

Defendant CORIN JOHNSON Appeared/Did not appear;

Defendant AARON JOHNSON Appeared/Did not appear;

Defendant TRENT DAVIS Appeared/Did not appear;

Defendant WENDY ALEXANDER Appeared/Did not appear;

Defendant JOHN LATHAM Appeared/Did not appear;

Defendant TOBEY LATHAM Appeared/Did not appear; and

Defendant MICHAEL LATHAM Appeared/Did not appear.

The Court proceeded to hear argument from Plaintiff's/all counsel. After considering the arguments of Plaintiff's/all counsel, the Court granted Plaintiff's request for temporary injunction, as described below.

IT IS THEREFORE ORDERED ADJUDGED AND DECREED that Defendant WELLS FARGO BANK, N.A., AS SUCCESSOR IN INTEREST OF MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; Defendant MARYNA DANIELIAN;

Defendant PAMELA THOMAS; Defendant JACK BURNS II; Defendant KRISTOPHER HOLUB; Defendant AARTI PATEL; Defendant STACEY BENNETT; Defendant AMY ORTIZ; Defendant GARRETT SANDERS; Defendant MAXWELL ATHERTON; Defendant DYLAN RUIZ; Defendant CORIN JOHNSON; Defendant; Defendant TRENT DAVIS; Defendant WENDY ALEXANDER; Defendant JOHN LATHAM; Defendant TOBEY LATHAM; and Defendant MICHAEL LATHAM and, each defendant's respective agent or assigns, and/or any other party acting as Trustee or Substitute Trustee against this Plaintiff and her real property shall be enjoined from foreclosing upon or conducting a foreclosure sale on the deed of trust currently held and/or serviced by defendant WELLS FARGO BANK, N.A., AS SUCCESSOR IN INTEREST OF MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., on Plaintiff's residence at 102 Double Barrel Court, Bastrop, Texas 78602, for a period of 90 DAYS from the date this Order was signed.

IT IS FURTHER ORDERED ADJUDGED AND DECREED that this temporary injunction may be extended, upon hearing before this court, upon motion by either party.

Signed on February 14th, 2019

PRESIDING JUDGE

FILED 9:58 AM
DATE 2-14-19
Sarah Loucks
District Clerk, Bastrop County

Electronically Filed 3/8/2019 2:46 PM
Sarah Loucks, District Clerk
Bastrop County, Texas
By: Sharon Schimank, Deputy

**CAUSE NO. 423-6298**

| | | |
|---|---|---|
| **STEPHANIE D. RODRIGUEZ,** | § | **IN THE DISTRICT COURT** |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **423RD JUDICIAL DISTRICT** |
| | § | |
| **WELLS FARGO BANK, N.A., ET AL.,** | § | |
| | § | |
| **Defendants.** | § | |
| | § | **BASTROP COUNTY, TEXAS** |
| | § | |

## DEFENDANT'S ORIGINAL ANSWER

Defendant Wells Fargo Bank, N.A. ("Wells Fargo" or "Defendant"), files this its Original Answer, and respectfully shows the Court as follows:

### GENERAL DENIAL

1.      Pursuant to Texas Rule of Civil Procedure 92, Defendant denies generally each and every, all and singular, the allegations in Plaintiff's Original Petition And Application for Injunctive Relief (the "Petition") filed by Plaintiff Stephanie D. Rodriguez ("Plaintiff"), and demands strict proof thereof.

### AFFIRMATIVE AND OTHER DEFENSES

2.      Plaintiff has failed to state a claim against Defendant.

3.      Defendant reserves the right to assert additional defenses.

### PRAYER

Wells Fargo respectfully requests that this Court, upon final hearing hereof, render judgment that Plaintiff take nothing by her lawsuit, that this action be dismissed, and that Defendant recover its costs and have all other relief to which it may be entitled.

---

Respectfully submitted,

/s/ Robert T. Mowrey (w/perm. EKD)
_____
**Robert T. Mowrey**
Texas Bar No. 14607500
rmowrey@lockelord.com
**Arthur E. Anthony**
Texas Bar No. 24001661
aanthony@lockelord.com
**Elizabeth K. Duffy**
Texas Bar No. 24050535
eduffy@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-6776
(214) 740-8000 (Telephone)
(214) 740-8800 (Facsimile)

**ATTORNEYS FOR DEFENDANT WELLS
FARGO BANK, N.A.**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on this 8th day of March 2019 via the Court's ECF on:

**Jerry Rios**
LAW OFFICE OF JERRY RIOS
401 Congress Avenue, Suite 1540
Austin, Texas 78701
(512) 501-6270
jrios@therioslawfirm.com
*Attorney for Plaintiff*

/s/ Elizabeth K. Duffy
_____
*Attorney for Defendant*